UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

ANTHONY J. FERREIRA,

*Plaintiff,*

vs.

CITY OF EAST PROVIDENCE, et al.,

*Defendants.*

CA 05 073L

C.A. No.

*(R.I. Superior Court C.A. No. PC04-5409)*

**PETITION FOR REMOVAL**

**To: The United States District Court for the District of Rhode Island**

1. Defendant City of East Providence, is a defendant in a civil action filed in the Providence County Superior Court entitled, *Anthony J. Ferreira v. City of East PRovidence, C.A. No. PC04-5409.* Attached to this petition is a complete and certified copy of the record from the Providence County Superior Court.

2. The aforesaid action was commenced with the filing of a Summons and Complaint. Upon information and belief, this complaint was served on or about February 4, 2005.

3. The above described action, as stated in Plaintiff's Complaint, is one of which this Court has original jurisdiction, pursuant to the provisions of 28 U.S.C. § 1331, and is one which may be removed to this Court by these Defendants, pursuant to the provisions of 28 U.S.C. § 1441(a)-(d).



2

*{Original C.A. No. PC04-5409}*

Defendants,
City of East Providence,
By its attorneys,

Marc DeSisto, Esq. (#2757)
DESISTO LAW
211 Angell Street
P.O. Box 2563
Providence, RI 02906-2563
Phone: (401) 272-4442
Fax: (401) 272-9937
Email: marc@desistolaw.com

CERTIFICATION OF SERVICE

I hereby certify that a true copy of the within Petition for Removal was mailed, postage prepaid, on this ~~21st~~ 22nd day of February 2005, to:

V. Edward Formisano, Esq.
Sinapi & Formisano, Ltd.
100 Midway Place, Suite 1
Cranston, RI 02920
(401) 944-9690
(401) 943-9040 fax

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| ANTHONY J. FERREIRA,<br>*Plaintiff,*<br><br>vs.<br><br>CITY OF EAST PROVIDENCE, et al.,<br>*Defendants.* | C.A. No.<br><br>*(R.I. Superior Court C.A. No. PC04-5409)* |

**EXHIBITS IN SUPPORT OF PETITION FOR REMOVAL**

Exhibit A – Superior Court Docket Sheet (2/22/05)

Exhibit B – Certified Copy of Superior Court File

1. Superior Court Docket Sheet (10/07/04)
2. Return of Service – Hubert Paquette
3. Return of Service – Kevin M. Feeney
4. Return of Service – Stephen J. Hall
5. Return of Service – Stephen E. Tiernan
6. Return of Service – Michael A. David
7. Return of Service – Kevin J. Fitzgerald
8. Complaint
9. R.I. Superior Court Civil Cover Sheet