UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| ANTHONY J. FERREIRA, *Plaintiff,* vs. CITY OF EAST PROVIDENCE, et al., *Defendants.* | C.A. No. 05-073 S (*R.I. Superior Court C.A. No. PC04-5409)* |

## ANSWER

Now come Defendants City of East Providence, by and through its Treasurer, Kevin J. Fitzgerald, Hubert Paquette, Kevin M. Feeney, Stephen J. Hall, Stephen E. Tiernan, and Michael A. David, and hereby answers the Plaintiff's Complaint as follows:

1. These Defendants deny the allegations contained in the introductory portion of the Plaintiff's Complaint.

2. These Defendants admit the allegations contained in paragraphs 1, 2, 3, 4, 5, 6, and 7 of that portion of the Plaintiff's Complaint entitled, *Parties*.

3. These Defendants make no response to the allegations contained in paragraph 5 of that portion of the Plaintiff's Complaint entitled, *Jurisdiction,* and leave plaintiff to his proof of same.

4. These Defendants make no response to the allegations contained in paragraph 9 of that portion of the Plaintiff's Complaint entitled, *Venue*, and leave plaintiff to his proof of same.

5. These Defendants admit the allegations contained in paragraph 10 of that portion of the Plaintiff's Complaint entitled, *Material Facts*.

3

6. These Defendants make no response to the allegations contained in paragraphs 11 and 12 of that portion of the Plaintiff's Complaint entitled, *Material Facts*, and leave plaintiff to his proof of same.

7. These Defendants deny the allegations contained in paragraphs 13, 14, 15, 16, 17, 18, 19, 20, 21, 22, 23, 24, 25, 26, 27, 28, 29 and 30 of that portion of the Plaintiff's Complaint entitled, *Material Facts*.

8. These Defendants deny the allegations contained in paragraph 31 of that portion of the Plaintiff's Complaint entitled, *Claims for Relief.*

9. These Defendants deny the allegations contained in paragraph 32 of Count One of the Plaintiff's Complaint.

10. These Defendants deny the allegations contained in paragraph 33 of Count Two of the Plaintiff's Complaint.

11. These Defendants deny the allegations contained in paragraph 34 of Count Three of the Plaintiff's Complaint.

12. These Defendants deny the allegations contained in paragraph 35 of Count Four of the Plaintiff's Complaint.

13. These Defendants deny the allegations contained in paragraph 36 of Count Five of the Plaintiff's Complaint.

14. These Defendants deny the allegations contained in paragraph 37 of Count Six of the Plaintiff's Complaint.

15. These Defendants deny the prayers for relief section of the Plaintiff's Complaint.

*{Original C.A. No. PC04-5409}*

## **AFFIRMATIVE DEFENSE**

FIRST AFFIRMATIVE DEFENSE

These Defendants plead the statute of limitations as a bar to the within complaint.

SECOND AFFIRMATIVE DEFENSE

These Defendants plead absolute and qualified immunity as a bar to the within complaint.

THIRD AFFIRMATIVE DEFENSE

These Defendants plead all statutory and common law forms of immunity.

FOURTH AFFIRMATIVE DEFENSE

These Defendants plead the public duty doctrine as a bar to the within complaint.

FIFTH AFFIRMATIVE DEFENSE

These Defendants plead the statutory cap on damages as a bar to the within complaint.

SIXTH AFFIRMATIVE DEFENSE

These Defendants plead insufficiency of service of process as a bar to the within complaint.

SEVENTH AFFIRMATIVE DEFENSE

These Defendants plead the statute of limitations as a bar to the within complaint.

**These Defendants hereby demand a jury trial.**

*{Original C.A. No. PC04-5409}*

Defendants,
By their attorney,

Marc DeSisto, Esq. (#2757)
DESISTO LAW
211 Angell Street
P.O. Box 2563
Providence, RI 02906-2563
Phone: (401) 272-4442
Fax: (401) 272-9937
Email: marc@desistolaw.com

CERTIFICATION OF SERVICE

I hereby certify that a true copy of the within Answer was mailed, postage prepaid, on this 22nd day of February, 2005, to the following:

V. Edward Formisano (#5512)
100 Midway Place, Suite 1
Cranston, RI 02920

STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS PAGE 1
RHODE ISLAND JUDICIAL SYSTEMS AND SCIENCES DATE 02/22/2005
SUPERIOR COURT CIVIL INFORMATION SYSTEM

DOCKET EVENT LISTING

CASE NO.: PC2004 5409 TYPE CIVIL RIGHTS/JOB DISCRIMINATION
TITLE: ANTHONY FERREIRA V CITY OF EAST PROVIDENCE
FILING DATE: 10-06-2004 ASSIGNED TO TRIAL POOL:
DESIGNATED TO ARBITRATION:

| | | | |
|---|---|---|---|
| BARLOW,WALTER | DEF | Unknown,Attorney | AOR |
| CITY OF EAST PROVIDENCE | BDF | Unknown,Attorney | AOR |
| DAVID,MICHAEL | DEF | Unknown,Attorney | AOR |
| DIAS,GARY | DEF | Unknown,Attorney | AOR |
| FITZGERALD,KEVIN | DEF | Unknown,Attorney | AOR |
| FEENEY,KEVIN | DEF | Unknown,Attorney | AOR |
| FERREIRA,ANTHONY | PLF | Formisano,V. Edward | AOR |
| FERREIRA,PATRICIA | PLF | Formisano,V. Edward | AOR |
| FERREIRA,RYAN C | PLF | Formisano,V. Edward | AOR |
| HALL,STEPHEN | DEF | Unknown,Attorney | AOR |
| MCGREGOR,ALISTER | DEF | Unknown,Attorney | AOR |
| RUSH,THOMAS | DEF | Unknown,Attorney | AOR |
| TIERNAN,STEPHEN | DEF | Unknown,Attorney | AOR |

| DOC. ID. | DATE | JUDGE | OUTCOME | EFFECTIVE DATE |
|---|---|---|---|---|
| LAK | 02-11-2005 | | | |

SUMMONS,PROOF OF SERVICE FILED
FOR DEFTS, HUBERT PAQUETTE, KEVIN FEENEY, STEPHEN HALL, STEPHEN TIERNAN, MICHAEL DAVID, & KEVIN FITZGERALD.

3

True Copy Attest

Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence, Rhode Island

# EXHIBIT B

STATE OF RHODE ISLANΓ ᴺΠ PROVIDENCE PLANTATIONS —PAGE 1
RHODE ISLAND JUDICI— ,YSTEMS AND SCIENCES ꞁATE 10/07/2004
SUPERIOR COURT CIVIL INFORMATION SYSTEM

"1"

DOCKET EVENT LISTING

CASE NO.: PC2004 5409 TYPE CIVIL RIGHTS/JOB DISCRIMINATION
TITLE: ANTHONY FERREIRA V CITY OF EAST PROVIDENCE
FILING DATE: 10-06-2004 ASSIGNED TO TRIAL POOL:
DESIGNATED TO ARBITRATION:

| | | | |
|---|---|---|---|
| BARLOW,WALTER | DEF | Unknown,Attorney | AOR |
| CITY OF EAST PROVIDENCE | BDF | Unknown,Attorney | AOR |
| DAVID,MICHAEL | DEF | Unknown,Attorney | AOR |
| DIAS,GARY | DEF | Unknown,Attorney | AOR |
| FITZGERALD,KEVIN | DEF | Unknown,Attorney | AOR |
| FEENEY,KEVIN | DEF | Unknown,Attorney | AOR |
| FERREIRA,ANTHONY | PLF | Formisano,V. Edward | AOR |
| FERREIRA,PATRICIA | PLF | Formisano,V. Edward | AOR |
| FERREIRA,RYAN C | PLF | Formisano,V. Edward | AOR |
| HALL,STEPHEN | DEF | Unknown,Attorney | AOR |
| MCGREGOR,ALISTER | DEF | Unknown,Attorney | AOR |
| RUSH,THOMAS | DEF | Unknown,Attorney | AOR |
| TIERNAN,STEPHEN | DEF | Unknown,Attorney | AOR |

| DOC. ID. | DATE | JUDGE | OUTCOME | EFFECTIVE DATE |
|---|---|---|---|---|

ı rue Copy Attesւ

[signature]

Office of Clerk oı Superior Court
Counties of Pr- idence & Bristol
Pr-.dence, Rhode Islaı

Superior -Form 1
1-66

"2"

State of Rhode Island and Providence Plantations

PROVIDENCE , sc. SUPERIOR COURT

Civil Action, File No. 04-5409

ANTHONY J. FERREIRA,
Plaintiff

vs.

CITY OF EAST PROVIDENCE, et al
Defendant

*Summons*

To the above-named Defendant: HUBERT PAQUETTE
East Providence Police Department
750 Waterman Avenue, East Providence, RI 02914

The above-named plaintiff has brought an action against you in said Superior Court at Providence

You are hereby summoned and required to serve upon V. Edward Formisano, Esquire

plaintiff's attorney, whose address is Sinapi & Formisano, Ltd. 100 Midway Place, Suite 1, Cranston, Rhode Island 02920

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service

If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Your answer must also be filed with the court.

As provided in Rule 13(a), unless the relief demanded in the complaint is for damage arising out of your ownership, maintenance, operation or control of a motor vehicle, or unless otherwise provided in Rule 13(a), your answer must state as a counter claim may related claim which you may have against the plaintiff, or you will thereafter be barred from making such claim in any other action.

[signature]
CLERK

Dated: February 3, 2005

(Seal of the Superior Court)

SUPERIOR COURT
FILED
HENRY S. KINCH JR.
S-138

05 FEB 11 AM 11: 20

True Copy Attest
[signature]
Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence, Rhode Island

C.I.-159

State of Rhode Island and Providence Plantations

PROVIDENCE sc.

PROOF OF SERVICE

I hereby certify that on the 4 day of FEBRUARY 2005 I served a copy of this summons and a copy of the complaint received therewith upon HUBERT PAQUETTE

in the following manner:

X By delivering a copy of the summons and complaint to him personally.

By leaving a copy of the summons and complaint at his dwelling house, ______ (ADDRESS), with a person of suitable age and discretion then residing therein.

By leaving a copy of the summons and complaint at his usual place of above, ______ (ADDRESS) with a person of suitable age and discretion then residing therein.

By delivering a copy of the summons and complaint to an agent authorized by appointment or by law to receive service of process, namely ______ (NAME OF AGENT). Such agent being one designated by statute to receive service, further notice as the statute requires was given as follows:

Sheriff's Fees
Travel..... $
Service... $ 25.00
$ 25.00

Vincent P. Catamero
Constable State of R.I.
License #6023

X

True Copy Attest
Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence, Rhode Island

CIVIL ACTION No. 04-5409

SUMMONS

SUPERIOR COURT

A true Copy Attest

Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence, Rhode Island

ANTHONY J., FERREIRA,

Vs

CITY OF EAST PROVIDENCE,
et al

V. Edward Formisano, Esquire
Sinapi & Formisano, Ltd.
100 Midway Place, Suite 1

ATTORNEY FOR PLAINTIFF

NOTE: Returnable to Plaintiff's Attorney forthwith after Service. Proof of Service t o be filed within time during which the person served must respond.

Superior -Form 1

1-06

"3"

State of Rhode Island and Providence Plantations

PROVIDENCE , sc. SUPERIOR COURT

Civil Action, File No. 04-5409

ANTHONY J. FERREIRA,
Plaintiff

vs.

CITY OF EAST PROVIDENCE, et al
Defendant

*Summons*

To the above-named Defendant: KEVIN M. FEENEY
East Providence Police Department
750 Waterman Avenue, East Providence, RI 02914

The above-named plaintiff has brought an action against you in said Superior Court at Providence

You are hereby summoned and required to serve upon V. Edward Formisano, Esquire

plaintiff's attorney, whose address is Sinapi & Formisano, Ltd. 100 Midway Place, Suite 1, Cranston, Rhode Island 02920

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service

If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Your answer must also be filed with the court.

As provided in Rule 13(a), unless the relief demanded in the complaint is for damage arising out of your ownership, maintenance, operation or control of a motor vehicle, or unless otherwise provided in Rule 13(a), your answer must state as a counter claim may related claim which you may have against the plaintiff, or you will thereafter be barred from making such claim in any other action.

Hy S. Kinch, Jr.
CLERK

Dated: February 3, 2005

(Seal of the Superior Court)

SUPERIOR COURT
FILED
HENRY S. KINCH JR
05 FEB 11 AM 11: 20

True Copy Attest
Hy S. Kinch, Jr.
Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence, Rhode Island

S-138

C.I.-159

State of Rhode Island and Providence Plantations

PROVIDENCE sc.

PROOF OF SERVICE

I hereby certify that on the 7 day of FEBRUARY 2005 I served a copy of this summons and a copy of the complaint received therewith upon KEVIN M. FEENEY

in the following manner:

X By delivering a copy of the summons and complaint to him personally.

By leaving a copy of the summons and complaint at his dwelling house, ______________________________ (ADDRESS), with a person of suitable age and discretion then residing therein.

By leaving a copy of the summons and complaint at his usual place of above, ______________________________ (ADDRESS) with a person of suitable age and discretion then residing therein.

By delivering a copy of the summons and complaint to an agent authorized by appointment or by law to receive service of process, namely ______________________________ (NAME OF AGENT). Such agent being one designated by statute to receive service, further notice as the statute requires was given as follows:

______________________________

______________________________

______________________________

Sheriff's Fees
Travel..... $ ______
Service... $ 25.00
$ 25.00

Vincent P. Catamero
Deputy Sheriff
Vincent P. Catamero
Constable State of R.I.
License #6023

X

True Copy Attest
Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence, Rhode Island

CIVIL ACTION No. 04-5409

SUMMONS

SUPERIOR COURT

ANTHONY J. FERREIRA

Vs

CITY OF EAST PROVIDENCE, et al

V. Edward Formisano, Esquire
Sinapi & Formisano, Ltd.
100 Midway Place, Suite 1

ATTORNEY FOR PLAINTIFF

NOTE: Returnable to Plaintiff's Attorney forthwith after Service. Proof of Service to be filed within time during which the person served must respond.

True Copy Attest
[signature]
Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence, Rhode Island

Superior -Form 1
1-56

"4"

State of Rhode Island and Providence Plantations

PROVIDENCE , sc. SUPERIOR COURT

Civil Action, File No. 04-5409

ANTHONY J. FERREIRA,
Plaintiff

vs.

CITY OF EAST PROVIDENCE, et al
Defendant

*Summons*

*To the above-named Defendant:* STEPHEN J. HALL
East Providence Police Department
750 Waterman Avenue, East Providence, RI 02914

The above-named plaintiff has brought an action against you in said Superior Court at Providence

You are hereby summoned and required to serve upon V. Edward Formisano, Esquire,

plaintiff's attorney, whose address is Sinapi & Formisano, Ltd. 100 Midway Place, Suite 1, Cranston, Rhode Island 02920

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service

If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Your answer must also be filed with the court.

As provided in Rule 13(a), unless the relief demanded in the complaint is for damage arising out of your ownership, maintenance, operation or control of a motor vehicle, or unless otherwise provided in Rule 13(a), your answer must state as a counter claim may related claim which you may have against the plaintiff, or you will thereafter be barred from making such claim in any other action.

Hy S. Kinch, Jr.,
CLERK

True Copy Attest
Hy S. Kinch, Jr.
Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence, Rhode Island

Dated: February 3, 2005

(Seal of the Superior Court)

SUPERIOR COURT
FILED
HENRY S. KINCH
05 FEB 11 AM 11: 20

S-138

C.I.-159

State of Rhode Island and Providence Plantations

PROVIDENCE sc.

PROOF OF SERVICE

I hereby certify that on the 7 day of FEBRUARY 2005 I served a copy of this summons and a copy of the complaint received therewith upon STEPHEN J. HALL

in the following manner:

X By delivering a copy of the summons and complaint to him personally.

By leaving a copy of the summons and complaint at his dwelling house, ______

______ , with a person of suitable age and discretion
(ADDRESS)

then residing therein.

By leaving a copy of the summons and complaint at his usual place of above, ______

______ with a person of suitable age and discretion
(ADDRESS)

then residing therein.

By delivering a copy of the summons and complaint to an agent authorized by appointment or by law to receive service of process, namely ______ . Such
(NAME OF AGENT)

agent being one designated by statute to receive service, further notice as the statute requires was given as follows:

______

______

______

Sheriff's Fees

Travel..... $ ______

Service... $ 25.00

$ 25.00

Vincent P. Catamero (signature)

Vincent P. Catamero ~~DEPUTY SHERIFF~~
Constable State of R.I.
License #6023

True Copy Attest

(signature)

Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence, Rhode Island

CIVIL ACTION No. 04-5409

SUMMONS

SUPERIOR COURT

True Copy Attest

Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence, Rhode Island

ANTHONY L., FERREIRA,

Vs

CITY OF EAST PROVIDENCE, et al

V. Edward Formisano, Esquire
Sinapi & Formisano, Ltd.
100 Midway Place, Suite 1

ATTORNEY FOR PLAINTIFF

NOTE: Returnable to Plaintiff's Attorney forthwith after Service. Proof of Service t o be filed within time during which the person served must respond.

Superior - Form 1
1-66

"5"

State of Rhode Island and Providence Plantations

PROVIDENCE , sc. SUPERIOR COURT

Civil Action, File No. 04-5409

ANTHONY J. FERREIRA,
Plaintiff

vs.

CITY OF EAST PROVIDENCE, et al
Defendant

*Summons*

*To the above-named Defendant:*
STEPHEN E. TIERNAN
East Providence Police Department
750 Waterman Avenue, East Providence, RI 02914

The above-named plaintiff has brought an action against you in said Superior Court at Providence

You are hereby summoned and required to serve upon V. Edward Formisano, Esquire

plaintiff's attorney, whose address is Sinapi & Formisano, Ltd. 100 Midway Place, Suite 1, Cranston, Rhode Island 02920

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service

If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Your answer must also be filed with the court.

As provided in Rule 13(a), unless the relief demanded in the complaint is for damage arising out of your ownership, maintenance, operation or control of a motor vehicle, or unless otherwise provided in Rule 13(a), your answer must state as a counter claim may related claim which you may have against the plaintiff, or you will thereafter be barred from making such claim in any other action.

[signature], CLERK

Dated: February 3, 2005

(Seal of the Superior Court)

True Copy Attest
[signature]
Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence, Rhode Island

S-138

SUPERIOR COURT
FILED
HENRY S. KINCH JR.
05 FEB 11 AM 11:20

C.I.-159

State of Rhode Island and Providence Plantations

Providence sc.

PROOF OF SERVICE

I hereby certify that on the 8 day of February 2005 I served a copy of this summons and a copy of the complaint received therewith upon Stephen E. Tiernan

in the following manner:

X By delivering a copy of the summons and complaint to him personally.

By leaving a copy of the summons and complaint at his dwelling house, ______________________, with a person of suitable age and discretion
(ADDRESS)

then residing therein.

By leaving a copy of the summons and complaint at his usual place of above, ______________________ with a person of suitable age and discretion
(ADDRESS)

then residing therein.

By delivering a copy of the summons and complaint to an agent authorized by appointment or by law to receive service of process, namely ______________________. Such
(NAME OF AGENT)

agent being one designated by statute to receive service, further notice as the statute requires was given as follows:

Sheriff's Fees
Travel..... $
Service... $ 25.00
$ 25.00

Vincent P. Catamero
Constable State of R.I.
License #6023

~~Deputy Sheriff~~

True Copy Attest

Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence, Rhode Island

CIVIL ACTION No. 04-5409

SUMMONS

SUPERIOR COURT

ANTHONY J., FERREIRA,

Vs

CITY OF EAST PROVIDENCE, et al

V. Edward Formisano, Esquire
Sinapi & Formisano, Ltd.
100 Midway Place, Suite 1

ATTORNEY FOR PLAINTIFF

NOTE: Returnable to Plaintiff's Attorney forthwith after Service. Proof of Service t o be filed within time during which the person served must respond.

Superior -Form 1
1-65

State of Rhode Island and Providence Plantations

PROVIDENCE , sc. SUPERIOR COURT

Civil Action, File No. 04-5409

ANTHONY J. FERREIRA,
Plaintiff

vs.

CITY OF EAST PROVIDENCE, et al
Defendant

*Summons*

*To the above-named Defendant:* MICHAEL A. DAVID
East Providence Police Department
750 Waterman Avenue, East Providence, RI 02914

The above-named plaintiff has brought an action against you in said Superior Court at Providence

You are hereby summoned and required to serve upon V. Edward Formisano, Esquire,

plaintiff's attorney, whose address is Sinapi & Formisano, Ltd. 100 Midway Place, Suite 1, Cranston, Rhode Island 02920

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service

If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Your answer must also be filed with the court.

As provided in Rule 13(a), unless the relief demanded in the complaint is for damage arising out of your ownership, maintenance, operation or control of a motor vehicle, or unless otherwise provided in Rule 13(a), your answer must state as a counter claim may related claim which you may have against the plaintiff, or you will thereafter be barred from making such claim in any other action.

[signature], CLERK

Dated: February 3, 2005

(Seal of the Superior Court)

True Copy Attest
[signature]
Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence, Rhode Island

SUPERIOR COURT
FILED
HENRY S. KINCH
05 FEB 11 AM 11: 20

S-138 C.I.-159

State of Rhode Island and Providence Plantations

PROVIDENCE sc.

PROOF OF SERVICE

I hereby certify that on the 7 day of FEBRUARY 2005 I served a copy of this summons and a copy of the complaint received therewith upon MICHAEL A. DAVID

in the following manner:

X By delivering a copy of the summons and complaint to him personally.

By leaving a copy of the summons and complaint at his dwelling house, ______ , with a person of suitable age and discretion

(ADDRESS)

then residing therein.

By leaving a copy of the summons and complaint at his usual place of above, ______ with a person of suitable age and discretion

(ADDRESS)

then residing therein.

By delivering a copy of the summons and complaint to an agent authorized by appointment or by law to receive service of process, namely ______ . Such

(NAME OF AGENT)

agent being one designated by statute to receive service, further notice as the statute requires was given as follows:

Sheriff's Fees

Travel..... $ 

Service... $ 25.00

$ 25.00

Vincent P. Catamero

~~Deputy Sheriff~~

Vincent P. Catamero
Constable State of R.I.
License #6023

True Copy Attest

Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence, Rhode Island

CIVIL ACTION No. 04-5409

SUMMONS

SUPERIOR COURT

True Copy Attest
[signature]
Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence, Rhode Island

ANTHONY J., FERREIRA

Vs

CITY OF EAST PROVIDENCE, et al

V. Edward Formisano, Esquire
Sinapi & Formisano, Ltd.
100 Midway Place, Suite 1

ATTORNEY FOR PLAINTIFF

NOTE: Returnable to Plaintiff's Attorney forthwith after Service. Proof of Service t o be filed within time during which the person served must respond.

Superior -Form 1
1-66

"7"

State of Rhode Island and Providence Plantations

PROVIDENCE , sc. SUPERIOR COURT

Civil Action, File No. 04-5409

ANTHONY J. FERREIRA,
Plaintiff

vs.

CITY OF EAST PROVIDENCE, et al
Defendant

*Summons*

*To the above-named Defendant:* KEVIN J. FITZGERALD, Treasurer
City of East Providence
145 Taunton Avenue, East Providence, RI 02914

The above-named plaintiff has brought an action against you in said Superior Court at Providence

You are hereby summoned and required to serve upon V. Edward Formisano, Esquire,

plaintiff's attorney, whose address is Sinapi & Formisano, Ltd. 100 Midway Place, Suite 1, Cranston, Rhode Island 02920

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service

If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Your answer must also be filed with the court.

As provided in Rule 13(a), unless the relief demanded in the complaint is for damage arising out of your ownership, maintenance, operation or control of a motor vehicle, or unless otherwise provided in Rule 13(a), your answer must state as a counter claim may related claim which you may have against the plaintiff, or you will thereafter be barred from making such claim in any other action.

Hy S. Kirch, Jr.,
CLERK

Dated: February 3, 2005

(Seal of the Superior Court)

S-138

SUPERIOR COURT
FILED
HENRY S. KINCH
05 FEB 11 AM 11:20

True Copy Attest
Hy S. Kirch, Jr.
Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence, Rhode Island

C.I.-159

State of Rhode Island and Providence Plantations

PROVIDENCE sc.

PROOF OF SERVICE

I hereby certify that on the 4 day of FEBRUARY 2005 I served a copy of this summons and a copy of the complaint received therewith upon CITY OF EAST PROVIDENCE

in the following manner:

By delivering a copy of the summons and complaint to him personally.

By leaving a copy of the summons and complaint at his dwelling house, ______________________________, with a person of suitable age and discretion
(ADDRESS)

then residing therein.

By leaving a copy of the summons and complaint at his usual place of above, ______________________________ with a person of suitable age and discretion
(ADDRESS)

then residing therein.

X By delivering a copy of the summons and complaint to an agent authorized by appointment or by law to receive service of process, namely c/o KEVIN FITZGERALD, TREASURER . Such
(NAME OF AGENT)

agent being one designated by statute to receive service, further notice as the statute requires was given as follows:

______________________________

______________________________

______________________________

Sheriff's Fees
Travel..... $
Service... $ 25.00
$ 25.00

[signature]
Vincent P. Catamero
Constable State of R.I.
License #6023
~~Deputy Sheriff~~

x [signature] Fitzgerald

True Copy Attest
[signature]
Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence, Rhode Island

CIVIL ACTION No. 04-5409

SUMMONS

SUPERIOR COURT

ANTHONY J. FERREIRA,

Vs

CITY OF EAST PROVIDENCE, et al

True Copy Attest

Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence, Rhode Island

V. Edward Formisano, Esquire
Sinapi & Formisano, Ltd.
100 Midway Place, Suite 1

ATTORNEY FOR PLAINTIFF

NOTE: Returnable to Plaintiff's Attorney forthwith after Service. Proof of Service to be filed within time during which the person served must respond.

**STATE OF RHODE ISLAND**
**SUPERIOR COURT**

**CIVIL CASE COVER SHEET** 11"

Case # (Filled in by Clerk's Office)
PC04 5409

This form must be filed with each original document that commences a civil proceeding in the Clerk's Office (R.P.3.11). If the case is a District Court appeal, the form must be filed with the appeal in the District Court and will be transferred with other documents to the Superior Court.

| **PLAINTIFFS:** | **DEFENDANTS:** |
| --- | --- |
| ANTHONY J. FERREIRA, as administrator of the estate of Patricia J. Ferreira and as gaurdian of the estate and person of Ryan C. Ferreira | CITY OF EAST PROVIDENCE, et al. |

**NATURE OF PROCEEDING** - Check the applicable case type under the main categories listed below **(Check One Only)**

District Court Appeal ☐ yes (Check type below)

**CIVIL ACTIONS**

| | | | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| ☐ AGA | Agency appeal | ☐ DPC | Denial of probate claim | ☐ PRN | Promissory note |
| ☐ ALA | Alienation of affection | ☐ EXT | Excessive tax | ☐ PDM | Property damage |
| ☐ ANT | Anti-trust | ☐ INR | Injunctive relief | ☐ PDV | Property damage-vehicle |
| ☐ ASB | Assault and battery | ☐ IPL | Interpleader | ☐ RLP | Real Property |
| ☐ BKA | Book account | ☐ LIB | Libel/slander | ☐ RIC | Reinstate charter |
| ☐ CLA | Common law assignment | ☐ MLE | Malpractice/legal | ☐ DIN | Recovery of damages/insur. |
| ☐ CLL | Common law lien | ☐ MME | Malpractice/medical | ☐ ROF | Recovery of funds |
| ☐ CON | Contract | ☐ MOT | Malpractice/other | ☐ WOR | Replevin, writ of |
| ☐ CNV | Conversion | ☐ WOM | Mandamus, writ of | ☐ SPP | Specific performance |
| ☐ CRC | Criminal conversation | ☐ PRT | Partition | ☐ TCO | Title clearing (other than tax title) |
| ☐ CIC | Criminal inj compensation | ☐ PER | Personal injury | ☐ TAE | Trespass and ejectment |
| ☐ DOJ | Debt on judgment | ☐ IDV | Personal inj/property dam-vehicle | ☐ TRA | Trustee/accounting |
| ☐ DTP | Deceptive trade practice | ☐ PIV | Personal injury-vehicle | ☐ TCT | Trustee/appt convey title |
| ☐ DEJ | Declaratory judgment | ☐ PRL | Product liability | ☐ UNM | Uninsured motorist |
| | | | | ☐ WRD | Wrongful death |

☒ **Other than above (specify type):** Civil Rights Matter

**MISCELLANEOUS PETITIONS**

| | | | | | |
| --- | --- | --- | --- | --- | --- |
| ☐ ARA | Arbitration award | ☐ TLF | Foreclosure/tax lien | ☐ PFI | Petition for immunity |
| ☐ CAR | Arbitration/confirm | ☐ FOC | Forfeiture of charter | ☐ PIN | Pet for inventory (wire tap) |
| ☐ RTA | Arbitration/referral | ☐ GJI | Grand Jury Investigation | ☐ PFR | Petition for review |
| ☐ VAR | Arbitration/ vacate | ☐ HAC | Habeas corpus | ☐ PTD | Pet to take deposition |
| ☐ AOD | Assessment of damages | ☐ MAW | Material witness | ☐ PCR | Post conviction relief |
| ☐ CND | Condemnation | ☐ MEL | Mechanics lien | ☐ REC | Receivership |
| ☐ CFC | Confirm compromise | ☐ OSW | Out of state witness | ☐ R5A | Rule 5A petition |
| ☐ DOC | Dissolution of corp. | ☐ PFS | Perform surgery | ☐ TCL | Title clearing (tax title) |
| ☐ EDP | End partnership | ☐ PFC | Petition for constable | ☐ AOT | Trustee/appointment of |
| ☐ FRR | Foreclosure of right of redemption | ☐ PTE | Petition to expunge | ☐ DOT | Trustee/declination of |
| | | | | ☐ AOS | Trustee/successor |

☐ **Other than above (specify type):**

**PROBATE APPEALS**

☐ WIL Will ☐ TRS Trust ☐ GRD Guardianship ☐ NAC Name change

☐ **Other than above (specify type):**

Is this a case that may require a trial for resolution? ☒ yes ☐ no ☒ jury or ☐ non-jury

(attorney name)
V. EDWARD FORMISANO
☐ pro se

(date)
9/16/04

S-223 1/94

True Copy Attest
Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence Rhode Island