UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

ANTHONY J. FERREIRA,

*Plaintiff,*

vs.

CITY OF EAST PROVIDENCE, et al.,

*Defendants.*

C.A. No. 05-073 S

*(R.I. Superior Court C.A. No. PC04-5409)*

**ANSWER**

Now come Defendants City of East Providence, by and through its Treasurer, Kevin J. Fitzgerald, Hubert Paquette, Kevin M. Feeney, Stephen J. Hall, Stephen E. Tiernan, and Michael A. David, and hereby answers the Plaintiff's Complaint as follows:

1. These Defendants deny the allegations contained in the introductory portion of the Plaintiff's Complaint.

2. These Defendants admit the allegations contained in paragraphs 1, 2, 3, 4, 5, 6, and 7 of that portion of the Plaintiff's Complaint entitled, *Parties*.

3. These Defendants make no response to the allegations contained in paragraph 5 of that portion of the Plaintiff's Complaint entitled, *Jurisdiction*, and leave plaintiff to his proof of same.

4. These Defendants make no response to the allegations contained in paragraph 9 of that portion of the Plaintiff's Complaint entitled, *Venue*, and leave plaintiff to his proof of same.

5. These Defendants admit the allegations contained in paragraph 10 of that portion of the Plaintiff's Complaint entitled, *Material Facts*.

3

Case 1:05-cv-00073-S-DLM Document 3 Filed 02/23/2005 Page 2 of 26

*{Original C.A. No. PC04-5409}*

6. These Defendants make no response to the allegations contained in paragraphs 11 and 12 of that portion of the Plaintiff's Complaint entitled, *Material Facts*, and leave plaintiff to his proof of same.

7. These Defendants deny the allegations contained in paragraphs 13, 14, 15, 16, 17, 18, 19, 20, 21, 22, 23, 24, 25, 26, 27, 28, 29 and 30 of that portion of the Plaintiff's Complaint entitled, *Material Facts*.

8. These Defendants deny the allegations contained in paragraph 31 of that portion of the Plaintiff's Complaint entitled, *Claims for Relief*.

9. These Defendants deny the allegations contained in paragraph 32 of Count One of the Plaintiff's Complaint.

10. These Defendants deny the allegations contained in paragraph 33 of Count Two of the Plaintiff's Complaint.

11. These Defendants deny the allegations contained in paragraph 34 of Count Three of the Plaintiff's Complaint.

12. These Defendants deny the allegations contained in paragraph 35 of Count Four of the Plaintiff's Complaint.

13. These Defendants deny the allegations contained in paragraph 36 of Count Five of the Plaintiff's Complaint.

14. These Defendants deny the allegations contained in paragraph 37 of Count Six of the Plaintiff's Complaint.

15. These Defendants deny the prayers for relief section of the Plaintiff's Complaint.

*{Original C.A. No. PC04-5409}*

## AFFIRMATIVE DEFENSE

### FIRST AFFIRMATIVE DEFENSE

These Defendants plead the statute of limitations as a bar to the within complaint.

### SECOND AFFIRMATIVE DEFENSE

These Defendants plead absolute and qualified immunity as a bar to the within complaint.

### THIRD AFFIRMATIVE DEFENSE

These Defendants plead all statutory and common law forms of immunity.

### FOURTH AFFIRMATIVE DEFENSE

These Defendants plead the public duty doctrine as a bar to the within complaint.

### FIFTH AFFIRMATIVE DEFENSE

These Defendants plead the statutory cap on damages as a bar to the within complaint.

### SIXTH AFFIRMATIVE DEFENSE

These Defendants plead insufficiency of service of process as a bar to the within complaint.

### SEVENTH AFFIRMATIVE DEFENSE

These Defendants plead the statute of limitations as a bar to the within complaint.

**These Defendants hereby demand a jury trial.**

Case 1:05-cv-00073-S-DLM Document 3 Filed 02/23/2005 Page 4 of 26

*{Original C.A. No. PC04-5409}*

Defendants,
By their attorney,

Marc DeSisto, Esq. (#2757)
DESISTO LAW
211 Angell Street
P.O. Box 2563
Providence, RI 02906-2563
Phone: (401) 272-4442
Fax: (401) 272-9937
Email: marc@desistolaw.com

CERTIFICATION OF SERVICE

I hereby certify that a true copy of the within Answer was mailed, postage prepaid, on this 22nd day of February, 2005, to the following:

V. Edward Formisano (#5512)
100 Midway Place, Suite 1
Cranston, RI 02920