UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

ANTHONY J. FERREIRA, in both his capacity as Administrator of the Estate of Patricia J. Ferreira and as guardian of the estate and person of Ryan C. Ferreira,

Plaintiff

v. C.A. No. 05-73S

CITY OF EAST PROVIDENCE BY AND THROUGH ITS TREASURER, KEVIN J. FITZGERALD, ET AL.,

Defendants

ANTHONY J. FERREIRA,

Plaintiff

v. C.A. No. 05-75S

CITY OF EAST PROVIDENCE BY AND THROUGH ITS TREASURER, KEVIN J. FITZGERALD, ET AL.,

Defendants

**ORDER**

Pursuant to Rule 42(a) of the Federal Rules of Civil Procedure, the above cases are hereby consolidated. As of this date, all documents are to be filed in the lead case,

6

Ferreira v. City of East Providence, et al., C.A. No. 05-73S.

ORDER:

By: [signature]
Deputy Clerk

ENTER:

[signature]
William E. Smith
U.S. District Judge

Date: 5/23/05