UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| ANTHONY J. FERREIRA, as Administrator of the Estate of Patricia J. Ferreira, and as Guardian of the Estate and Person of Ryan C. Ferreira, *Plaintiff,* | CA 05-073 S |
| vs. | C.A. No. ~~04-5408~~ |
| CITY OF EAST PROVIDENCE, et al., *Defendants.* | *(R.I. Superior Court C.A. No. PC04-5408)* |

**ANSWER**

Now come defendant, Gary Dias, individually and in his official capacity as Chief of the City of East Providence Police Department, and hereby answers the Plaintiff's Complaint as follows:

1. This Defendant denies the allegations contained in that portion of the Plaintiff's Complaint entitled, *Introduction.*

2. This Defendant admits the allegations contained in paragraphs 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, and 11 of that portion of the Plaintiff's Complaint entitled, *Parties.*

3. This Defendant makes no response to the allegations contained in paragraphs 11, 12, 13 and 14 of that portion of the Plaintiff's Complaint entitled, *Parties*, and leave Plaintiff to his proof of same.

4. This Defendant makes no response to the allegations contained in paragraph 15 of that portion of the Plaintiff's Complaint entitled, *Jurisdiction*, and leave Plaintiff to his proof of same.

*{Original C.A. No. PC04-5408}*

5. This Defendant makes no response to the allegations contained in paragraph 16 of that portion of the Plaintiff's Complaint entitled, *Venue*, and leave Plaintiff to his proof of same.

6. This Defendant admits the allegations contained in paragraph 17 and 26 of that portion of the Plaintiff's Complaint entitled, *Material Facts.*

7. This Defendant denies the allegations contained in paragraphs 18, 19, 20, 21, 22, 23, 24, 25, 27, 30, 32, 33, 34, 35, 36, 37, 38, 39, 40, 41 and 42 of that portion of the Plaintiff's Complaint entitled, *Material Facts.*

8. This Defendant makes no response to the allegations contained in paragraphs 28 and 29 of that portion of the Plaintiff's Complaint and leave Plaintiff to his proof of same.

9. This Defendant denies the allegations contained in paragraph 43 of that portion of the Plaintiff's Complaint entitled, *Claims for Relief.*

10. This Defendant denies the allegations contained in paragraph 44 of Count One of the Plaintiff's Complaint.

11. This Defendant denies the allegations contained in paragraph 45 of Count Two of the Plaintiff's Complaint.

12. This Defendant denies the allegations contained in paragraph 46 of Count Three of the Plaintiff's Complaint.

13. This Defendant denies the allegations contained in paragraph 47 of Count Four of the Plaintiff's Complaint.

14. This Defendant denies the prayers for relief set forth in the Plaintiff's Complaint.

*{Original C.A. No. PC04-5408}*

## AFFIRMATIVE DEFENSE

FIRST AFFIRMATIVE DEFENSE

This Defendant pleads the statute of limitations as a bar to the within complaint.

SECOND AFFIRMATIVE DEFENSE

This Defendant pleads absolute and qualified immunity as a bar to the within complaint.

THIRD AFFIRMATIVE DEFENSE

This Defendant pleads all forms of statutory and common law immunity.

FOURTH AFFIRMATIVE DEFENSE

This Defendant pleads the public duty doctrine as a bar to the within complaint.

FIFTH AFFIRMATIVE DEFENSE

This Defendant pleads the statutory cap on damages as a restriction on the amount of damages recoverable in this matter.

SIXTH AFFIRMATIVE DEFENSE

This Defendant pleads insufficiency of service of process as a bar to the within complaint.

SEVENTH AFFIRMATIVE DEFENSE

This Defendant pleads the statute of limitations as a bar to the within complaint.

**This Defendant hereby demands a jury trial.**

*{Original C.A. No. PC04-5408}*

Defendants,
By their attorney,

Marc DeSisto, Esq. (#2757)
DESISTO LAW
211 Angell Street
P.O. Box 2563
Providence, RI 02906-2563
Phone: (401) 272-4442
Fax: (401) 272-9937
Email: marc@desistolaw.com

CERTIFICATION OF SERVICE

I hereby certify that a true copy of the within Answer was mailed, postage prepaid, on this 16th day of June, 2005, to the following:

V. Edward Formisano, Esq. (#5512)
100 Midway Place, Suite 1
Cranston, RI 02920