UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

ANTHONY J. FERREIRA, in both his capacity as Administrator of the Estate of PATRICIA J. FERREIRA and as Guardian of the Estate and Person of RYAN C. FERREIRA,

*Plaintiff,*

vs.

C.A. No. 05-73S

CITY OF EAST PROVIDENCE, et al.,

*Defendants.*

**DEFENDANT THOMAS J. RUSH'S ANSWER TO PLAINTIFF'S COMPLAINT**

Now comes Defendant, Thomas J. Rush, and hereby answers the Plaintiff's Complaint as follows:

1. This Defendant denies the allegations contained in the introductory portion of the Plaintiff's Complaint.

2. This Defendant admits the allegations contained in paragraphs 1, 2, 3, 4, 5, 6, and 7 of that portion of the Plaintiff's Complaint entitled, *Parties*.

3. This Defendant makes no response to the allegations contained in paragraph 5 of that portion of the Plaintiff's Complaint entitled, *Jurisdiction,* and leaves plaintiff to his proof of same.

4. This Defendant makes no response to the allegations contained in paragraph 9 of that portion of the Plaintiff's Complaint entitled, *Venue*, and leaves plaintiff to his proof of same.

15. This Defendant denies the prayers for relief section of the Plaintiff's Complaint.

## AFFIRMATIVE DEFENSES

### FIRST AFFIRMATIVE DEFENSE

This Defendant pleads the statute of limitations as a bar to the within complaint.

### SECOND AFFIRMATIVE DEFENSE

This Defendant pleads absolute and qualified immunity as a bar to the within complaint.

### THIRD AFFIRMATIVE DEFENSE

This Defendant pleads all statutory and common law forms of immunity.

### FOURTH AFFIRMATIVE DEFENSE

This Defendant pleads the public duty doctrine as a bar to the within complaint.

### FIFTH AFFIRMATIVE DEFENSE

This Defendant pleads the statutory cap on damages as a bar to the within complaint.

### SIXTH AFFIRMATIVE DEFENSE

This Defendant pleads insufficiency of service of process as a bar to the within complaint.

C.A. No. 05-73S

SEVENTH AFFIRMATIVE DEFENSE

This Defendant pleads the statute of limitations as a bar to the within complaint.

**This Defendant hereby demands a jury trial.**

Defendant Thomas J. Rush,
By his attorneys,

Marc DeSisto, Esq. (#2757)
DESISTO LAW
211 Angell Street
P.O. Box 2563
Providence, RI 02906-2563
Phone: (401) 272-4442
Fax: (401) 272-9937
Email: marc@desistolaw.com

CERTIFICATION OF SERVICE

I hereby certify that a true copy of the within Answer was mailed, postage prepaid, on this 1st day of September, 2005, to the following:

V. Edward Formisano, Esq. (#5512)
Sinapi, Formisano & Co., Ltd.
100 Midway Place, Suite 1
Cranston, RI 02920