UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

ANTHONY J. FERREIRA, in both his capacity as Administrator of the Estate of PATRICIA J. FERREIRA and as Guardian of the Estate and Person of RYAN C. FERREIRA,

*Plaintiff,*

vs.

C.A. No. 05-73S

CITY OF EAST PROVIDENCE, et al.,

*Defendants.*

**ENTRY OF APPEARANCE**

I, Marc DeSisto, hereby enter my appearance in the above-captioned matter on behalf of Defendant Thomas J. Rush.

Defendant Thomas J. Rush,
By his attorneys,

Marc DeSisto, Esq. (#2757)
DESISTO LAW
211 Angell Street
P.O. Box 2563
Providence, RI 02906-2563
Phone: (401) 272-4442
Fax: (401) 272-9937
Email: marc@desistolaw.com

C.A. No. 05-73S

CERTIFICATION OF SERVICE

I hereby certify that a true copy of the within Entry of Appearance mailed, postage prepaid, on this 1st day of September, 2005, to the following:

V. Edward Formisano, Esq. (#5512)
Sinapi, Formisano & Co., Ltd.
100 Midway Place, Suite 1
Cranston, RI 02920