**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **ANTHONY J. FERREIRA, in both his capacity as Administrator of the Estate of Patricia J. Ferreira and as guardian of the estate and person of Ryan C. Ferreira,**<br>**Plaintiff,** | : | |
| **v.** | : | **C.A. No. 05-73S** |
| **CITY OF EAST PROVIDENCE, by and through its Treasurer, KEVIN J. FITZGERALD, et al.,**<br>**Defendants** | : | |
| **ANTHONY J. FERREIRA,**<br>**Plaintiff,** | : | |
| **v.** | : | |
| **CITY OF EAST PROVIDENCE, by and through its Treasurer, KEVIN J. FITZGERALD, et al.,**<br>**Defendants** | : | |

**JOINT MOTION TO EXTEND PRETRIAL ORDER DEADLINES**

Now come the parties in the above-cited matter and hereby move this Honorable Court for an Order extending the existing deadlines under this Court's Pretrial Order, as set forth below.

The close of discovery is currently scheduled to occur on November 23, 2005, with the deadline for filing dispositive motions to occur on or before January 23, 2005.

The parties have made progress in discovery, including exchanging document requests and written discovery. However, to date, no depositions of the parties, expert witnesses or third-party witnesses has occurred.

The parties have made good faith efforts to complete discovery, but based on the detailed nature of the discovery sought, the nature and complexity of the claims and the press of business, additional time for discovery is necessary and warranted.

Based on the foregoing, the parties respectfully request that this Court enter an Order extending all pretrial deadlines, with the close of discovery to occur on April 23, 2006, and pretrial memoranda due on June 23, 2006 and the other deadlines adjusted accordingly. Alternatively, the parties request that the Court enter an Order extending all pretrial deadlines as it deems fit and proper.

Respectfully Submitted,
Plaintiff,
By his Attorney,

V. Edward Formisano (5512)
100 Midway Place, Suite 1
Cranston, RI 02920-5707
(401)944-9690
(401)943-9040(facsimile)

Respectfully Submitted,
Defendants,
By their Attorney,

Marc DeSisto (wcb)

Marc DeSisto(2757)
211 Angell Street
P.O. Box 2563
Providence, RI 02906-2563
(401)272-4442
(401)272-9937 (facsimile)