UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

ANTHONY J. FERREIRA, as Administrator of the Estate of Patricia J. Ferreira, and as Guardian of the Estate and Person of Ryan C. Ferreira,

*Plaintiff,*

vs. C.A. No. 05-73 S

CITY OF EAST PROVIDENCE, et al.,

*Defendants.*

**DEFENDANTS' FIRST AMENDED ANSWER**

Now come Defendants—City of East Providence, by and through its Treasurer, Kevin J. Fitzgerald, Walter H. Barlow, Stephen J. Hall, Thomas J. Rush, Michael A. David, Kevin M. Feeney, Stephen E. Tiernan, and Gary Dias, ("Defendants")—and hereby amend their answer to the Plaintiff's Complaint as follows:

1. These Defendants deny the allegations contained in that portion of the Plaintiff's Complaint entitled, *I. Introduction*.

2. These Defendants admit the allegations contained in paragraphs 1, 2, 3, 4, 5, 6, 7, 8, and 9 of that portion of the Plaintiff's Complaint entitled, *II. Parties*.

3. These Defendants make no response to the allegations contained in paragraphs 10, 11, 12, 13, and 14 of that portion of the Plaintiff's Complaint entitled, *II. Parties*, and leave plaintiff to his proof of same.

4. These Defendants make no response to the allegations contained in paragraph 15 of that portion of the Plaintiff's Complaint entitled, *III. Jurisdiction,* and leave plaintiff to his proof of same.

5. These Defendants make no response to the allegations contained in paragraph 16 of that portion of the Plaintiff's Complaint entitled, *IV. Venue*, and leave plaintiff to his proof of same.

6. These Defendants admit the allegations contained in paragraphs 17, 22, 26 and 31 of that portion of the Plaintiff's Complaint entitled, *V. Material Facts*.

7. These Defendants deny the allegations contained in paragraphs 18, 19, 20, 21, 23, 24, 25, 27, 28, 29, 30, 32, 33, 34, 35, 36, 37, 38, 39, 40, 41, and 42 of that portion of the Plaintiff's Complaint entitled, *V. Material Facts*.

8. These Defendants reassert their answers to ¶¶ 1-42 above, in response to paragraph 43of that portion of the Plaintiff's Complaint entitled, *VI. Claims for Relief.*

9. These Defendants deny the allegations contained in paragraph 44 of that portion of the Plaintiff's Complaint entitled, *Count One: Negligence—Wrongful Death.*

10. These Defendants deny the allegations contained in paragraph 45 of that portion of the Plaintiff's Complaint entitled, *Count Two: Unreasonable Seizure in Violation of 42 U.S.C. § 1983.*

11. These Defendants deny the allegations contained in paragraph 46 of that portion of the Plaintiff's Complaint entitled, *Count Three: Deprivation of Constitutionally Protected Rights in Violation of 42 U.S.C. § 1983.*

12. These Defendants deny the allegations contained in paragraph 47 of that portion of the Plaintiff's Complaint entitled, *Count Four: Unreasonable Seizure in Violation of Article I, §6 of the Rhode Island Constitution.*

13. These Defendants deny any allegations contained in paragraphs 1, 2, 3, 4, 5, 6, 7, and 8 of that portion of Plaintiff's Complaint entitled, *VII. Prayers for Relief.*

## **AFFIRMATIVE DEFENSE**

### FIRST AFFIRMATIVE DEFENSE

These Defendants plead the statute of limitations as a bar to the within complaint.

### SECOND AFFIRMATIVE DEFENSE

These Defendants plead absolute and qualified immunity as a bar to the within complaint.

### THIRD AFFIRMATIVE DEFENSE

These Defendants plead all statutory and common law forms of immunity.

### FOURTH AFFIRMATIVE DEFENSE

These Defendants plead the public duty doctrine as a bar to the within complaint.

### FIFTH AFFIRMATIVE DEFENSE

These Defendants plead the statutory cap on damages as a bar to the within complaint.

### SIXTH AFFIRMATIVE DEFENSE

These Defendants plead insufficiency of service of process as a bar to the within complaint.

SEVENTH AFFIRMATIVE DEFENSE

These Defendants plead the statute of limitations as a bar to the within complaint.

EIGHTH AFFIRMATIVE DEFENSE

These Defendants plead justification as a bar to the within complaint.

NINTH AFFIRMATIVE DEFENSE

These Defendants assert that plaintiff's Complaint fails to support any claims against defendants in their individual capacities.

**These Defendants hereby demand a jury trial.**

Defendants,
By their attorney,

*/s/ Marc DeSisto*
Marc DeSisto
Marc DeSisto, Esq. (#2757)
DESISTO LAW
211 Angell Street
P.O. Box 2563
Providence, RI 02906-2563
Phone: (401) 272-4442
Fax: (401) 272-9937
Email: marc@desistolaw.com

CERTIFICATION OF SERVICE

I hereby certify that the within document has been electronically filed with the Court on August 22, 2006, and is available for viewing and downloading from the ECF system.

*/s/ Marc DeSisto*
Marc DeSisto