UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| ANTHONY J. FERREIRA, in both his capacity as Administrator of the Estate of PATRICIA J. FERREIRA and as Guardian of the Estate and Person of RYAN C. FERREIRA,<br>*Plaintiff,*<br>vs.<br>CITY OF EAST PROVIDENCE, et al.,<br>*Defendants.* | C.A. No. 05-73 S |
| ANTHONY J. FERREIRA, individually,<br>*Plaintiff,*<br>vs.<br>CITY OF EAST PROVIDENCE, et al.,<br>*Defendants.* | C.A. No. 05-75 S (consolidated) |

**NOTICE TO TAKE DEPOSITION**

Please take notice that, pursuant to the Federal Rules of Civil Procedure, the Defendants in the above-captioned matter will take the deposition of **JOHN SOUSA,** on oral examination. This examination will continue from day to day until completed and will commence on **WEDNESDAY, October 18, 2006,** at **2:00 P.M.,** at **DeSisto Law Office, 211 Angell Street, Providence, RI 02906,** before a Notary Public commissioned in the State of Rhode Island.

Defendants,
By their attorney,

/s/ *Marc DeSisto*

Marc DeSisto, Esq. (#2757)
DESISTO LAW
211 Angell Street
P.O. Box 2563
Providence, RI 02906-2563
Phone: (401) 272-4442
Fax: (401) 272-9937
Email: marc@desistolaw.com

CERTIFICATION OF SERVICE

I hereby certify that the within document has been electronically filed with the Court on September 26, 2006, and is available for viewing and downloading from the ECF system.

/s/ *Marc DeSisto*

Marc DeSisto