**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **ANTHONY J. FERREIRA, in both his capacity as Administrator of the Estate of Patricia J. Ferreira and as guardian of the estate and person of Ryan C. Ferreira,**<br>**Plaintiff,**<br><br>**v.**<br><br>**CITY OF EAST PROVIDENCE, by and through its Treasurer, KEVIN J. FITZGERALD, et al.,**<br>**Defendants** | : | **C.A. No. 05-73S** |

**NOTICE OF DEPOSITION**

**DEPONENT:** **Maggie Picot**

**DATE:** **October 11, 2006**

**TIME:** **1:30 p.m.**

Pursuant to Fed.R.Civ.Pro. 26 and 30(a), please take notice that we will take the testimony on oral examination of the above-named deponent at the time set forth above before a Notary Public of the State of Rhode Island and thereafter from day to day as the taking of the deposition may be adjourned at the office of Sinapi, Formisano & Co., Ltd., 100 Midway Place, Suite 1, Cranston, Rhode Island 02920, at which time and place you are notified to appear and take such part in the examination as you may deem advisable and as shall be fit and proper.

Plaintiff,
By his attorneys,
SINAPI, FORMISANO & CO., LTD.

/s/ V. Edward Formisano

V. Edward Formisano (5512)
100 Midway Place, Suite 1
Cranston, RI 02920-5707
(401) 944-9690
(401)943-9040 (facsimile)

**CERTIFICATION**

**TO**: Marc DeSisto, Esq.
211 Angell Street
P.O. Box 2563
Providence, RI 02906

Allied Court Reporters
115 Phenix Avenue
Cranston, RI 02920

I hereby certify that a true copy of the within document was mailed to the above-referenced this the 27 day of September, 2006.

Jessica A Pacy...