UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| ANTHONY J. FERREIRA, as Administrator of the Estate of Patricia J. Ferreira, and as Guardian of the Estate and Person of Ryan C. Ferreira,<br><br>vs.<br><br>CITY OF EAST PROVIDENCE, et al. | C.A. No. 05-73S |
| ANTHONY J. FERREIRA, individually,<br><br>vs.<br><br>CITY OF EAST PROVIDENCE, et al. | C.A. No. 05-75S (consolidated) |

**NOTICE TO TAKE DEPOSITION**

Please take notice that, pursuant to the Rule 30 of the Federal Rules of Civil Procedure, the Defendant City of East Providence will take the deposition of **RAY BLINN** on oral examination. This examination will continue from day to day until completed and will commence on **TUESDAY, OCTOBER 31, 2006 at 11:00 A.M.**, at the offices of DESISTO LAW, 211 Angell Street, Providence, Rhode Island 02906**,** before a Notary Public commissioned in the State of Rhode Island.

Defendant City of East Providence,
By its attorney,

*/s/ Marc DeSisto*

Marc DeSisto, Esq. (#2757)
DESISTO LAW
211 Angell Street
P.O. Box 2563
Providence, RI 02906-2563
Phone: (401) 272-4442
Fax: (401) 272-9937
marc@desistolaw.com

CERTIFICATION

I hereby certify that the within document has been electronically filed with the Court on October 25, 2006, and is available for viewing and downloading from the ECF system. I further certify that a copy was sent to:

Patricia Aloisio
Affiliated Court Reporters
20 Pine Top Road
Barrington, RI 02806

*/s/ Marc DeSisto*
Marc DeSisto