**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **ANTHONY J. FERREIRA, in both his capacity as Administrator of the Estate of Patricia J. Ferreira and as guardian of the estate and person of Ryan C. Ferreira,** | : | |
| **Plaintiff,** | : | |
| **v.** | : | **C.A. No. 05-73S** |
| **CITY OF EAST PROVIDENCE, by and through its Treasurer, KEVIN J. FITZGERALD, et al.,** | : | |
| **Defendants** | : | |

**PLAINTIFF'S MOTION TO COMPEL RESPONSE TO THIRD AND FOURTH REQUESTS FOR PRODUCTION OF DOCUMENTS PROPOUNDED TO DEFENDANT CITY OF EAST PROVIDENCE**

Now comes the Plaintiff, pursuant to Fed.R.Civ.P. 37(a)(2) and Local Rule 13, and hereby moves this Honorable Court for an order compelling Defendant City of East Providence ("City") to respond to outstanding discovery.

On September 28, 2006, Plaintiff propounded his Third Request for Production of Documents to Defendant City. On September 29, 2006, he propounded his Fourth Request to Defendant City. To date, Defendant City has failed and/or refused to reply to said document requests.

WHEREFORE, the Plaintiff respectfully prays that his Motion to Compel be granted and that Defendant City be ordered to provide the documentation sought within fourteen (14) days of the hearing.

PLAINTIFF
By his attorneys,
SINAPI, FORMISANO & CO., LTD.

Dated: December 1, 2006

s/s V. Edward Formisano
V. Edward Formisano (#5512)
100 Midway Place, Suite 1
Cranston, RI 02920-5707
(401) 944-9690
(401) 943-9040 (facsimile)

**ATTORNEY CERTIFICATION**

The undersigned certifies that he has in good faith conferred with Defendant's counsel regarding the failure of same to respond to discovery requests in an effort to secure the requested information prior to seeking court action.

s/s V. Edward Formisano
V. Edward Formisano

**CERTIFICATION**

To: Marc DeSisto, Esq.
211 Angell Street
P.O. Box 2563
Providence, RI 02906

I hereby certify that the within document has been electronically filed with the Court on this 1st day of December, 2006 and is available for viewing and downloading from the ECF system.

s/s V. Edward Formisano