**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **ANTHONY J. FERREIRA, in both his capacity as Administrator of the Estate of Patricia J. Ferreira and as guardian of the estate and person of Ryan C. Ferreira,** | : | |
| **Plaintiff,** | : | |
| **v.** | : | **C.A. No. 05-73S** |
| **CITY OF EAST PROVIDENCE, by and through its Treasurer, KEVIN J. FITZGERALD, et al.,** | : | |
| **Defendants** | : | |

**EIGHTH RENOTICE TO TAKE DEPOSITION**

**DATE:** **January 23, 2007**

**TIME:** **10:30 a.m.**

**DEPONENT:** **Walter H. Barlow**

Pursuant to Federal Rule of Civil Procedure 30, please take notice that we will take the testimony on oral examination of the above named deponent at the time set forth above before a Notary Public of the State of Rhode Island and thereafter from day to day as the taking of the deposition may be adjourned at the office of Sinapi, Formisano & Co., Ltd., 100 Midway Place, Suite 1, Cranston, RI 02920, at which time and place you are notified to appear and take such part in the examination as you may be advised and as shall be fit and proper.

PLAINTIFF
By his attorneys,
SINAPI, FORMISANO & CO., LTD.

/s/ V. Edward Formisano

Dated: January 9, 2007

V. Edward Formisano (5512)
100 Midway Place, Suite 1
Cranston, RI 02920-5707
(401)944-9690
(401)943-9040(facsimile)

**CERTIFICATION**

TO: Marc DeSisto, Esq.
211 Angell Street
P.O. Box 2563
Providence, RI 02906

Allied Court Reporters
115 Phenix Avenue
Cranston, RI 02920

I hereby certify that the within document has been electronically filed with the Court on this 9th day of January 2007 and is available for viewing and downloading from the ECF system.

/s/ V. Edward Formisano