**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **ANTHONY J. FERREIRA** | : | |
| | : | |
| **vs.** | : | **C. A. No. 05-073S** |
| | : | |
| | : | |
| **CITY OF EAST PROVIDENCE, ET AL.** | : | |

**MOTION TO QUASH SUBPOENA**

The Rhode Island Department of Attorney General hereby objects to Defendant's Subpoena pursuant to Rule 45(c)(2)(B). The Department of Attorney General hereby respectfully requests that this court quash or modify the subpoena pursuant to Federal Court Rule 45(c)(3)(A)(iii) (iv), as the documents sought relate to a criminal case and request information related to a third person not a party to this action.

Respectfully Submitted,

DEFENDANTS

By her Attorney,
PATRICK C. LYNCH
ATTORNEY GENERAL

/s/ Genevieve M. Allaire Johnson

Genevieve M. Allaire Johnson (Bar No. 5778)
Special Assistant Attorney General
150 South Main Street
Providence, RI 02903
(401) 274-4400 Extension 2298
(401) 222-2995 (fax)
gallaire@riag.ri.gov

**CERTIFICATION**

I hereby certify that I have electronically mailed the foregoing document on this 9th day of February, 2007 to the attorney(s) of record listed below:

**V. Edward Formisano**
edf@sfclaw.com

Marc DeSisto
marc@desistolaw.com

/s/ Genevieve M. Allaire Johnson