**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **ANTHONY J. FERREIRA, in both his capacity as Administrator of the Estate of Patricia J. Ferreira and as guardian of the estate and person of Ryan C. Ferreira,** | : | |
| **Plaintiff** | : | |
| **v.** | : | **C.A. No. 05-73S** |
| **CITY OF EAST PROVIDENCE, by and through its Treasurer, KEVIN J. FITZGERALD, et al.,** | : | |
| **Defendants** | : | |

## ENTRY OF APPEARANCE

Now comes the undersigned, **MICHAEL D. PUSHEE, ESQ**., of Sinapi, Formisano & Company, Ltd., and does hereby enter his appearance on behalf of the Plaintiff.

Respectfully Submitted,
Sinapi, Formisano & Company, Ltd.

Dated: February 20, 2007

/s/ Michael D. Pushee
Michael Pushee (#6948)
100 Midway Place, Suite 1
Cranston, RI 02920-5707
(401) 944-9690
(401) 943-9040 (facsimile)

## CERTIFICATION

TO: Marc DeSisto, Esq.
211 Angell Street
P.O. Box 2563
Providence, RI 02906

I hereby certify that a true copy of the within was mailed, postage prepaid, to the above-named this 20th day of February, 2007.

/s/ Michael D. Pushee