**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **ANTHONY J. FERREIRA, in both his capacity as Administrator of the Estate of Patricia J. Ferreira and as guardian of the estate and person of Ryan C. Ferreira,** | : | |
| **Plaintiff,** | : | |
| | : | |
| **v.** | : | **C.A. No. 05-73S** |
| | : | **(consolidated)** |
| **CITY OF EAST PROVIDENCE, by and through its Treasurer, KEVIN J. FITZGERALD, et al.,** | : | |
| **Defendants** | : | |

**PLAINTIFF'S MEMORANDUM OF LAW IN SUPPORT OF OBJECTION TO JUROR QUESTIONNAIRE**

In support of his objection to the Juror Questionnaire the Plaintiff avers that it is unduly invasive and violates the right to privacy of prospective jurors. *United States v. Padilla-Valenzuela*, 896 F.Supp. 968 (D.Ariz. 1995)(court holds that questionnaire seeking information, in part, concerning educational background of prospective jurors invasive and violated right to privacy of prospective jurors).

In further support of his objection the Plaintiff contends that the first question contained in the questionnaire seeks information concerning a common life experience. The majority of individuals experience mental or emotional illness at some point in life, due, for example, to the loss of a family member, a traumatic event, the loss of a job or marital difficulties. By seeking this type of information and disqualifying prospective jurors for revealing such a common life experience is inappropriate because it will likely lead to the pool containing only those individuals without knowledge or experience of mental or emotional illness or sickness.

Lastly, insofar as the case of Patricia Ferreira's Estate and Anthony Ferreira's case in his individual capacity were consolidated, the Plaintiff objects to the questionnaire in his individual capacity on the grounds that it is irrelevant.

Respectfully submitted,
PLAINTIFF,
By his Attorneys,
SINAPI, FORMISANO & CO., LTD.

Dated: February 20, 2007

/s/ V. Edward Formisano
V. Edward Formisano (5512)
100 Midway Place, Suite 1
Cranston, RI 02920-5707
(401) 944-9690
(401)943-9040 (facsimile)

**CERTIFICATION**

To: Marc DeSisto, Esq.
211 Angell Street
P.O. Box 2563
Providence, RI 02906

I hereby certify that on the 20h day of February, 2007, I caused the within to be electronically filed with the Clerk of the U.S. District Court for the District of Rhode Island using the CM/ECF System. I also certify that the above counsel of record has received the within.

/s/ V. Edward Formisano

.