UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

ANTHONY J. FERREIRA, :
Plaintiff, :
:
v. : CA 05-073 S
:
CITY OF EAST PROVIDENCE, et al., :
Defendants. :

**ORDER**

Before the Court is the Motion to Quash Subpoena (Document #51) ("Motion") filed by the Rhode Island Department of Attorney General ("Attorney General"). However, the Attorney General has not identified the party issuing the subpoena, nor was a copy of the subpoena included with the Motion, thereby hampering the Court's ability to determine whether the subpoena should be quashed.

Accordingly, the Motion is denied without prejudice. The Attorney General is directed to refile the Motion, with a copy of the subpoena attached, by Friday, March 9, 2007.

So ordered.

ENTER:

/s/ David L. Martin
DAVID L. MARTIN
United States Magistrate Judge
February 27, 2007