**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **ANTHONY J. FERREIRA, in both his capacity as Administrator of the Estate of Patricia J. Ferreira and as guardian of the estate and person of Ryan C. Ferreira,** | : | |
| **Plaintiff** | : | |
| | : | |
| **v.** | : | **C.A. No. 05-73S** |
| | : | **(consolidated)** |
| **CITY OF EAST PROVIDENCE, by and through its Treasurer, KEVIN J. FITZGERALD, et al.,** | : | |
| **Defendants** | : | |

**SUPPLEMENTAL MEMORANDUM OF LAW IN SUPPORT OF PLAINTIFF'S MOTION IN LIMINE-DOUGLAS S. LACEY**

Now comes the Plaintiff and hereby supplements his memorandum of law in support of his objection to Defendants' proffer of expert testimony by Douglas S. Lacey.

For the same reasons cited in his Memorandum of Law in Support of Motion in Limine, Plaintiff objects to the introduction of the Lacey video analysis of the videotape recording made by Ariel Montoya of the incident.

**WHEREFORE**, the Plaintiff respectfully requests that his Motion in Limine be granted, and that this Court grant the protection and relief sought by appropriate order binding on all counsel, parties, witnesses, and persons appearing in this action.

Respectfully submitted,
PLAINTIFF,
By his Attorneys,
SINAPI, FORMISANO & CO., LTD.

Dated: March 8, 2007

/s/ V. Edward Formisano

V. Edward Formisano (5512)
100 Midway Place, Suite 1
Cranston, RI 02920-5707
(401) 944-9690 (401)943-9040 (facsimile)

**CERTIFICATION**

To: Marc DeSisto, Esq.
211 Angell Street
P.O. Box 2563
Providence, RI 02906

I hereby certify that on the 8th day of March, 2007, I caused the within to be electronically filed with the Clerk of the U.S. District Court for the District of Rhode Island using the CM/ECF System. I also certify that the above received the within.

/s/ V. Edward Formisano