RECEIVED
MAR 15 2007
Property of U.S. District Court
District of Rhode Island

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

ANTHONY J. FERREIRA :
:
vs. : C. A. No. 05-073S
:
:
CITY OF EAST PROVIDENCE, ET AL. :

**ORDER GRANTING IN PART AND DENYING IN PART MOTION TO QUASH**

This matter was heard on March 14, 2007 before the Honorable Magistrate Judge David L. Martin on the Rhode Island Department of Attorney General's Motion to Quash Subpoena filed by the Plaintiff. After hearing argument, it is hereby

ORDERED, ADJUDGED and DECREED:

The Rhode Island Department of Attorney General shall not produce copies of any attorney notes and emails in the Department's criminal case file entitled State v. Warzycha, P1 2002-1291A. The Department shall produce the remainder of the contents of the Department's criminal file to the Plaintiff in this case. The Plaintiff shall not disclose the produced documents to anyone except staff personnel, experts in this case, and opposing counsel in this case. All materials produced shall be considered and remain confidential materials which shall not be disclosed except as contained in this Order by this Court.

ENTERED AS AN ORDER of this Honorable Court on the 22nd day of MARCH, 2007.

ENTER:
David L. Martin
Justice USMJ

ORDER:
Mark Sawcet
Clerk

Presented by:

PATRICK C. LYNCH
ATTORNEY GENERAL

Adam Sholes for

Genevieve M. Allaire Johnson (Bar No. 5778)
Special Assistant Attorney General
150 South Main Street
Providence, RI 02903
(401) 274-4400 Extension 2298
(401) 222-2995 (fax)
gallaire@riag.ri.gov

## CERTIFICATION

I, the undersigned, hereby certify that a copy of the foregoing document was mailed, postage prepaid, on this 15th day of March, 2007, to those indicated below:

V. Edward Formisano, Esq.
100 Midway Place, Suite 1
Cranston, RI 02920-5707

Marc DeSisto, Esq.
DeSisto Law
211 Angell Street
P.O. Box 2563
Providence, RI 02906-2563

Adrienne Roy