# Exhibit B

## WITNESS STATEMENT

**Report Date: 10/10/2001**
**Statement Date: 10/11/2001**
**Location: East Providence Police Dept.**
**Time: 0155 hrs**

**I, STEVEN E. TIERNAN, voluntarily, without threats or promises, make the following statement(s):**

**Q. What is your name?**
**A. TIERNAN, STEVEN EDWARD**

**Q. What is your date of birth?**
**A. 02/11/1963**

**Q. What is your address?**
**A. 750 WATERMAN AVE**
**EAST PROVIDENCE, RI 02914**
**Home# 401-435-7600 Work#**

**Q. What is your occupation?**
**A. Police Officer**

*On Wednesday 10/10/01 at 1818 hrs, officers were dispatched to Fenmore Street for the report of a woman with a gun. Dispatch informed us that Patricia Ferreira was in her vehicle threatening suicide with a 9mm. handgun. We were advised that her brother Anthony Ferreira was also there trying to calm her down and that he was also possibly armed with a .38 caliber handgun. Officers are familiar with all three parties from numerous police contacts over the years. We have been to numerous complaints involving Ms. Ferreira, her brother and Mr. Sousa and were aware that all three owned firearms and had permits to carry them. Today at 1720 hrs, Sgt. Rush, Officer Michael David and myself had responded to 64 Brightridge Avenue for a possible domestic disturbance. Upon our arrival, we spoke with the occupants Patricia Ferreira and John Sousa. Officers are very familiar with the relationship between Mr. Sousa and Ms. Ferreira from numerous calls for service to their individual homes. They had moved in together in June of this year and had apparently broken up within the past day or two. Ms. Ferreira stated that she and Mr. Sousa had been arguing and she had told her son to leave the house and go down the street to 44 Brightridge Avenue. This is the home of her brother Anthony Ferreira and her mother Beverly Ferreira. It appeared that when her son got to 44 Brightridge Avenue, he told the Ferreira's that his mother and Mr. Sousa were arguing. It appears that Anthony Ferreira then came to the police station to report the possible domestic and officers were then dispatched to 64 Brightridge Avenue. Upon our arrival, Mr. Sousa and Ms. Ferreira were calm. Ms. Ferreira was packing her clothes. They told us that they were breaking up again and we remained on scene for the next 40 minutes while Ms. Ferreira gathered her clothes and packed them in her car. There was no sign of any physical altercation and no sign of damage to the apartment. Both Ms. Ferreira and Mr. Sousa denied that any altercation other than verbal had*

SET

*taken place. Ms. Ferreira and Mr. Sousa both own handguns and Mr. Sousa asked us to be sure that Ms. Ferreira took hers with her so she would not accuse him of stealing them. As Ms. Ferreira started to leave she stated she had her guns with her. She then left to stay at the home of Mr. Sousa's ex-wife.*

*At 1818 hrs, officers were dispatched to the area of Fenmore Street for the report that Ms. Ferreira had a handgun and was threatening suicide. Officer Michael David and I were together in my cruiser and were the first to arrive on the scene. Upon our arrival, we observed Ms. Ferreira's vehicle, a 1995 silver Mazda bearing R.I. Reg. UJ-704, parked in the middle of Birchard Avenue facing east, between Fenmore and Brightridge Avenue. Anthony Ferreira was standing at the driver's window yelling. Inside the car I observed Patricia Ferreira in the driver's seat with the barrel of a chrome handgun in her mouth. Anthony Ferreira immediately started swearing at us and yelling for us to "get the fuck out". Officer David and I took cover behind a fence to the north of Birchard Avenue as I advised responding officers that Anthony was there and being uncooperative towards us. A short time later, Officer Feeney and Sgt. Hall arrived on the scene. Sgt. Hall approached the area ordering Anthony to back off but he refused. As he approached Anthony, a scuffle ensued between them and Patricia suddenly accelerated and turned left onto Fenmore Avenue. I had blocked the road with my cruiser upon my arrival and she stopped in the middle of the road. I stepped in front of her car with my weapon drawn, telling her to put the gun down. She had put the gun back in her mouth when she stopped the car. By this time Anthony Ferreira had been subdued and Sgt. Hall approached Patricia Ferreira. While Sgt. Hall was speaking to Patricia through her closed window, John Sousa suddenly ran up to her car. I yelled for him to stop and grabbed him around the waist and pulled him to the side of the road. He was still yelling to Patricia when she accelerated towards my parked cruiser. Sgt. Hall was running alongside her vehicle trying to break the driver's window but was unable to do so. Patricia then drove onto the grass behind my cruiser and sped towards Warren Avenue. Officers followed her with emergency lights and sirens on as she took a right onto Warren Avenue. She then took a right onto Pawtucket Avenue and then a right onto Brightridge Avenue. During this short pursuit, her vehicle was traveling no more than 30 mph. Sgt. Rush had advised Officer David and I to set up the spike strips. As a result, we turned down Intervale Avenue to approach Brightridge Avenue to comply with his order. As we approached Brightridge Avenue, Patricia's vehicle was already stopped at the corner of Brightridge and Intervale in front of #154. Officers had set up around the vehicle and Sgt. Hall was again talking with Patricia. I had positioned my cruiser on Intervale Avenue to the right rear and perpendicular to Patricia's vehicle.*

*I took up a position behind my vehicle with my weapon drawn towards her vehicle. Sgt. Rush ordered the evacuation of adjacent houses while Sgt. Hall and Captain Barlow spoke with Patricia. At some point, Lt. McGregor, SRT Team Leader arrived on the scene and coordinated with Sgt. Rush. For the next hour and a half, myself and other officers maintained a perimeter while Captain Barlow and Sgt. Hall spoke with Ms. Ferreira in an attempt to get her to surrender her weapon. Lt. McGregor advised us that the SRT Team had a plan to use a distraction device if Captain Barlow gave the appropriate signal. Shortly before 2000 hrs, Officer David and Lt. McGregor approached the passenger side of Ms. Ferreira's vehicle while Sgt. Rush and Officer Feeney approached the driver's side. Sgt. Rush threw a flash bang towards the driver's side and Officer Feeney smashed the driver's side window after several attempts. As Officer Feeney reached into the car, I saw him fall backwards to the ground. The next thing I heard was Sgt. Rush call for a rescue. My initial thought was that Officer Feeney had been hurt. We approached the car and saw that there was a considerable amount of blood coming out of her mouth and down the front of her shirt. Rescue came*

SFT

Case 1:05-cv-00073-S-DLM Document 70-3 Filed 03/22/2007 Page 4 of 4

*in to the scene and took her out of the vehicle. They could not get the driver's door open so they took her across the front seat and out the passenger door. She was transported to the hospital. We then secured the scene with crime scene tape and I started a crime scene sign in sheet. Detectives and BCI were called to the scene.* SET

Ptlm Steven E. Tiernan #1197

*Patrolman Steven Tiernan*

Lt Stephen J. Enos

*Statement Taken By*

*Detective Lieutenant Stephen J. Enos*