# Exhibit C

## WITNESS STATEMENT

**Report Date:** 10/10/2001
**Statement Date:** 10/11/2001
**Location:** East Providence Police Dept.
**Time:**

I, Michael A. David , voluntarily, without threats or promises, make the following statement(s):

Q. What is your name?

A. *Michael A. David*

Q. What is your date of birth?

A.

Q. What is your address?

A. 750 Waterman Avenue, East Providence, RI

Home# Work#435-7600

Q. What is your occupation?

A. Police Officer

MV On 10/10/2001 I was working as a uniformed Patrol Officer, assigned to post 1. I was driving with Officer Steve Tiernan, returning from a detail in Providence. At 1720 we were dispatched to 64 Brightridge Avenue for a report of a disturbance in progress. We arrived shortly after receiving the call. Upon arrival we were met at the doorway by a male party, who I recognized as John Sousa, from previous police contacts. Officer Tiernan asked Mr Sousa what was going on. He stated; "we are breaking up again." Mr Sousa remained in the front door with me while Officer Tiernan proceeded inside of the house. At this point I did not ask Mr. Sousa what he was referring to. Because of prior contact, I was aware of the frequent problems between him and Patricia Ferreria, his girlfriend. I asked him what was going on tonight. He stated that he and Ms. Ferreira had been arguing and that no one from that house had called the police. He told me that there had been no physical altercation and that he no longer wanted her living in his house.

At this time Sgt. Rush arrived on the scene. We all went inside to discuss the matter. Once inside I noticed that Officer Tiernan was in the kitchen speaking with Ms. Ferreira and another female party who identified herself as Mr. Sousa's ex-wife. I consulted with Officer Tiernan and informed him of the results of my interview with Mr. Sousa. He told me that he had MV

Case 1:05-cv-00073-S-DLM Document 70-4 Filed 03/22/2007 Page 3 of 5

received the same story from the two females inside the house.

Based on our prior and frequent experience with this couple, we knew that it was not uncommon for them to have heated arguments. A visual survey revealed no signs of a struggle. Neither party appeared to have any injuries, nor were they crying. Both appeared to be upset and angry. Neither appeared excessively distraught or afraid. A discussion with all parties involved revealed that the house belonged to Mr. Sousa and that he had made arrangements for an apartment for her beginning on the first of November. Ms. Ferreira agreed that it was not wise for her to stay there but stated she did not have anywhere to go. Because of this, Irene, Sousa's ex-wife, agreed to let her stay with her. Officer Tiernan and I remained to maintain order while Ms. Ferreira removed her belongings along with her son's belongings from the house. At one point during this process I heard Mr. Sousa say to Officer Tiernan, something to the effect of; make sure she takes her guns because she will accuse me of stealing them. After gathering her stuff, she left in her car, a small silver car. We cleared the scene.

We then responded to Apollo Road together to work on an unrelated follow-up. While there we heard dispatch broadcast that cars were needed to respond to Fenmore Avenue for a report of a female in a car with a handgun threatening to shoot herself. In route there information was broadcast that Tony Ferreira was speaking with his sister, Patty, who was the female in the car with the handgun. Officer Tiernan and I were the first to arrive on the scene with Officer Feeney directly behind us. We noticed Ms. Ferreira's car parked on Birchard Street, facing east towards Fenmore. Standing beside the car was a white male who I did not recognize. At this point I could not tell if the car was occupied. Sgt. Hall informed all cars not to approach the car but to set up a perimeter and wait for his arrival. Officer Tiernan and I took cover on the north and northeast sides fo her vehicle. Officer Feeney positioned himself on the souteast angle in relation to her vehicle. Sgt. Hall was the next to arrive on scene, and joined Officer Feeney at his position. Sgt. Hall initiated verbal contact with the male, loudly ordering him to move away from the vehicle. He yelled for the man to do this several times. The man yelled back that he wanted all officers to leave, several times. Sgt. Hall approached the man and attempted to physically remove him from the area of the vehicle. I approached the man from the othe side to assist the sergeant.

At this point I saw that there was a female in the driver's seat of the car with a handgun, with the barrel of the handgun in her mouth. After unsuccessfully attempting to verbally and physically remove the male, later identified as Tony Ferreira, Sgt. Hall sprayed him in the face with pepper spray. I grabbed the man by his arm and wrist and tried to remove him from the immediate area of the car. He struggled with me and pushed against me, back in the direction of the car. At this point I sprayed the man with my pepper spray and Sgt. Hall grabbed his other arm. Between the two of us we were able to get the man on the ground and place him in handcuffs. He continued to struggle but once on the ground, I was able to subdue him. While this was happening, the vehicle with the female was on Fenmore Avenue. I also noticed that John Sousa had arrived and was struggling with Officer Poland and another officer. Officer Schroder pulled up in his cruiser to my location on Birchard Street. I placed my prisoner in the rear of Officer Schroder's cruiser. At this point I noticed that Mr. Sousa had been subdued

Case 1:05-cv-00073-S-DLM Document 70-4 Filed 03/22/2007 Page 4 of 5

by other officers. Leaving the prisoner in the custody of Officer Schroder, I went around the corner to assist Sgt. Hall and other officers who were around the car with the female. Sgt. Hall appeared to be engaged in a convesation with the operator of the car. I watched as the car again went into motion forward, traveling north on Fenmore. In doing this several officers were required to move out of the way of the departing vehicle.

I again joined Officer Tiernan in the #3 cruiser. We were behind other cruisers who were following the vehicle in question. At the end of Fenmore Avenue we turned right onto Warren Avenue, and right onto Pawtucket Avenue, off of that. Sgt. Rush assumed radio control of the incident at this point. He broadcast that the car had turned right onto Brightridge off of Pawtucket Avenue. He requested that a unit attempt to get into location where a spike strip could be set up. Officer Tiernan and I veered off of Pawtucket Avenue onto Intervale. It was our intention to get ahead of the silver car and lay down the strips.

When we reached the intersection of Intervale and Brightridge, we could see that the car had again come to a stop and cruisers were positioning themselves behind it. Officer Tiernan parked the cruiser on Intervale back and east of the silver vehicle. I assumed a position of cover behind the number four cruiser, which was directly behind the silver vehicle. Other officers set up positions to the rear of and on the sides of the silver vehicle. The transport van had been parked in front of the vehicle, blocking its forward progress. At this point I had my weapon drawn and pointed in the direction of the silver vehicle. Sgt. Hall and Captain Barlow were in a position behind a white cube truck, parked across the street from the silver vehicle. They initiated contact and conversation with the operator of the vehicle, who they were calling Patty. This conversation lasted, what appeared to be over an hour. At several points during this I heard the Sergeant and Captain tell Patty to remove the gun from her mouth , place the gun on the dash and step out of the vehicle.

I was approached at my location by Lt. McGregor who had arrived on scene to assist. He instructed me to set up a position with him on the passenger's side of the number four cruiser, with a complete view of the silver vehicle. The Lieutenant gave me a kevlar body shield. I could see he was equipped with flash bang grenades. He informed me that at his order we would approach the silver vehicle on the passenger side. I would provide cover with the shield and my handgun, while he would deploy the flash-bang grenades and attempt to open the passenger door. Simultaneously Sgt. Rush and Officer Feeney would approach the driver's side with the same equipment and intentions as us. He told me that his order would be given on the signal of Captain Barlow tapping his head twice with both hands. We waited in this position for about twenty minutes, while the Captain and Sgt. Hall continued to speak with the operator of the vehicle. During this time Lt. McGregor was discussing the strategy with the Chief of Police who had joined us behind the number four cruiser. Captain Barlow gave the designated signal and at the command of the Lieutenant I approached the vehicle as planned.

Once at the vehicle Lt. McGregor threw a flash-bang grenade into the passenger window which was closed. The window did not shatter and the grenade deployed to our rear. At this time I attempted to break the passenger side window several times with my asp. Lt. McGregor was also attempting to break the window. Both of us were unsuccessful. I could see that MD

Case 1:05-cv-00073-S-DLM Document 70-4 Filed 03/22/2007 Page 5 of 5

Patricia Ferreira was inside of the vehicle and that Sgt. Rush and Officer Feeney were on the driver's side, also attempting to gain entry. Ms. Ferreira looked at myself and the Lieutenant. She had a look of shock on her face. She then placed the handgun in her mouth. I saw her head jolt back violently and large amounts of blood protrude from her mouth and nose. At this point someone broke out the passenger side window. I reached in and opened the passenger side door. I could see the driver's side window had already been broken out but they were unable to open the driver's side door. I checked the hands and lap of Ms. Ferreira in an attempt to find the gun. Officer Feeney who was at the driver's side window, did find the gun and removed it from the car.

East Providence Rescue, which had been staged a short distance away, responded and removed Ms. Ferreira from the vehicle. Myself and other officers then set up a crime scene.

*Michael David*

*Statement Taken By*
*Captain Roger B. Houle, Jr.*

*Witness*