UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| ANTHONY J. FERREIRA, as Administrator of the Estate of Patricia J. Ferreira, and as Guardian of the Estate and Person of Ryan C. Ferreira,<br>*Plaintiff,*<br>vs.<br>CITY OF EAST PROVIDENCE, et al.,<br>*Defendants.* | C.A. No. 05-73 S |
| ANTHONY J. FERREIRA, individually,<br>*Plaintiff,*<br>vs.<br>CITY OF EAST PROVIDENCE, et al.,<br>*Defendants.* | C.A. No. 05-75 S<br>(member case) |

## DEFENDANTS'[1] STATEMENT OF UNDISPUTED FACTS

Now come defendants and, in accordance with Rule 56(a) of R.I. District Court Local Rules for Civil Proceedings, hereby submit the within statement of undisputed facts:

1. Plaintiff, Patricia Ferreira was 28 years old on October 10, 2001, when she committed suicide while barricaded in her car on Brightridge Avenue in East Providence, Rhode Island.

[1] Namely, Kevin J. Fitzgerald, in his official capacity as Treasurer of the City of East Providence, Kevin M. Feeney, Stephen J. Hall, Stephen E. Tiernan, and Michael A. David, Walter H. Barlow, Jr., Thomas J. Rush, and Gary Dias.

2. On October 10, 2001, Anthony Ferreira, and their mother, Beverly Ferreira, appeared at the East Providence Police Station shortly before 6:00 P.M. with Patricia Ferreira's eight-year-old son, Ryan. They complained that John Sousa and Patricia Ferreira were arguing again and they wanted to keep Ryan at their house. *Deposition of Anthony Ferreira, at 29-30, 38. Witness Statement of Anthony Ferreira.*

3. After speaking with Ryan, Captain Walter Barlow dispatched a patrol car to the residence of John Sousa. *Deposition of Capt. Barlow, at 57-58.*

4. Officer Steven Tiernan and Officer Michael David arrived first at Mr. Sousa's residence followed a short time later by Sergeant Rush. Officer Tiernan spoke with Ms. Ferreira and another individual who identified herself as Mr. Sousa's ex-wife. Officer David spoke with John Sousa. *Deposition of Officer Tiernan, at 30, 36. Deposition of Officer David, at 45-46, 48.*

5. Both Mr. Sousa and Ms. Ferreira indicated in these separate conversations that there had been no physical altercation but that they had a verbal argument. Both indicated that Mr. Sousa no longer wanted Ms. Ferreira living in his apartment. *Deposition of Officer Tiernan, at 32, 34. Deposition of Officer David, at 53-54.*

6. There were no signs of a struggle in the apartment and, while both individuals appeared to be upset and angry, neither party appeared to have any injuries. *Deposition of Officer Tiernan, at 34. Deposition of Officer David, at 53.*

7. Mr. Sousa indicated that he had made arrangements for Ms. Ferreira to stay at another apartment beginning on the first of November. Ms. Ferreira agreed that it was not wise for her to stay at Mr. Sousa's apartment until November and eventually Mr. Sousa's ex-

wife agreed to let Ms. Ferreira stay with her. *Deposition of Officer Tiernan, at 35, 49. Deposition of John Sousa, at 42. Witness Statement of Officer David.*

8. Officer Tiernan and Officer David remained in the apartment while Ms. Ferreira removed some of her belongings and her son's clothes. *Deposition of Officer Tiernan, at 49. Deposition of Officer David, at 47.*

9. John Sousa also told the officers that he wanted Ms. Ferreira to remove her weapons because he was afraid she would accuse him of stealing them. *Deposition of Officer Tiernan, at 45. Deposition of Officer David, at 56.*

10. At about 5:55 P.M., Anthony Ferreira returned home from the police department where he saw between seven (7) and ten (10) bags of clothing at the back door. He started to bring some of the clothing into his house when Patricia Ferreira arrived in her car. She began to take a few more bags of clothes out of the trunk of the car when John Sousa's ex-wife drove up and handed Patricia a white piece of paper. *Deposition of Anthony Ferreira, at 43-45. Witness Statement of Anthony Ferreira.*

11. After reading the paper, Patricia walked to the trunk of her car and removed two guns. Patricia then calmly walked back to the driver's seat and, as she was about to get into her car, said she was going to kill herself. *Deposition of Anthony Ferreira, at 45-46. Witness Statement of Anthony Ferreira.*

12. Anthony Ferreira then approached his sister's car, saw that she had a "38 snub nose" pointed at her chest and a 9 mm on the right side of her lap. He told her that everything was going to be OK and simultaneously reached in the car and took the gun she had in her hand. *Deposition of Anthony Ferreira, at 46-47. Witness Statement of Anthony Ferreira.*

13. When Anthony Ferreira backed away to place the gun under one of the bags of clothes, Patricia started to drive away commenting, "I'll just use my other gun." *Deposition of Anthony Ferreira, at 44. Witness Statement of Anthony Ferreira.*

14. Mr. Ferreira then called 911 and reported that his sister was threatening to commit suicide. He told the operator that she had a gun. *Deposition of Anthony Ferreira, at 50.*

15. Within minutes, a number of police cruisers responded to the area, parking their cruisers behind Ms. Ferreira's vehicle. When Sergeant Hall arrived moments later, Anthony Ferreira was still near his sister's car. *Deposition of Sgt. Hall, at 49.*

16. Sergeant Hall ordered Mr. Ferreira to move away from the vehicle. Mr. Ferreira, however, yelled out that he wanted all officers to leave. *Deposition of Sgt. Hall, at 54-56.*

17. Instead of complying with the directions of Sergeant Hall, Anthony Ferreira draped his body across the windshield, blocking the officers' view of Ms. Ferreira. *Deposition of Sgt. Hall, at 51. Deposition of Anthony Ferreira, at 57.*

18. Sergeant Hall and Officer Tiernan tried to remove Mr. Ferreira from the windshield but he resisted. Eventually, they removed him from the windshield and he began to fight with them near the driver's side door of Patricia's automobile. *Deposition of Sgt. Hall, at 57-60.*

19. Sergeant Hall used his pepper spray but Mr. Ferreira still struggled with the officers. Officer Tiernan then sprayed Mr. Ferreira again and the two officers were able to bring him to the ground and place him in handcuffs. *Deposition of Sgt. Hall, at 58, 60.*

20. Even after being placed in handcuffs, Mr. Ferreira continued to struggle. *Deposition of Sgt. Hall, at 59.*

21. Meanwhile, Patricia Ferreira began to move her vehicle slowly up the street. *Deposition of Sgt. Hall, at 62, 69.*

22. At this time, John Sousa arrived. He was told by the officers not to go near the vehicle but proceeded toward it anyway. When the officers attempted to stop Mr. Sousa, he began to struggle with them and thus he was also placed in custody. *Deposition of Sgt. Hall, at 62-63.*

23. As Patricia's car moved forward (on Fenmoor Street), several officers in the street had to move out of her way. Several cruisers followed Ms. Ferreira's vehicle at a very slow pace up Fenmoor Avenue. She then turned right onto Warren Avenue and took another right onto Pawtucket Avenue. From that point, Ms. Ferreira made another right onto Brightridge Avenue. *Deposition of Sgt. Hall, at 70-71.*

24. Sergeant Rush had assumed radio command of the incident and when Ms. Ferreira's vehicle turned onto Brightridge Avenue, a police officer with a transport van maneuvered his van so that it blocked the path of Ms. Ferreira's vehicle. Therefore, she came to a stop on the eastern curve of Brightridge Avenue just north of Intervale Street. *Deposition of Sgt. Rush, at 52-53. Witness Statement of Sgt. Rush.*

25. The police cruisers pulled up behind her and some in front of her car.

26. Sergeant Rush took a position very close to Ms. Ferreira's car where he could see her sitting in the driver's seat with a handgun in her mouth. *Deposition of Sgt. Rush, at 53. Witness Statement of Sgt. Rush.*

27. Sergeant Hall arrived shortly thereafter and attempted to resume his conversation with Ms. Ferreira. He was approximately 10 to 15 feet away, perpendicular to the driver's window and under the cover of a box truck parked on the side of the street. He told her

to put the gun down on the dashboard and exit the vehicle. *Deposition of Sgt. Hall, at 71-73. Witness Statement of Sgt. Hall.*

28. Captain Barlow, who had a professional relationship with Ms. Ferreira from her past complaints about boyfriends, also arrived on scene and soon began to converse with Ms. Ferreira in an attempt to get her to put her weapon down and exit the vehicle. *Deposition of Capt. Barlow, at 87-90. Witness Statement of Capt. Barlow.*

29. Sergeant Rush meanwhile began to secure the perimeter and organize the officers who were in the direct line of fire or in dangerous cross-fire positions just in case the situation ever escalated to the point where the officers had to use deadly force. Sergeant Rush observed that there were residents who were now exiting their houses and coming to the scene. Therefore, he further directed some officers to clear the houses and the crowd. Sergeant Hall then instructed Officer Kevin Feeney to bring the Special Response Team ("SRT") van to the scene. *Deposition of Sgt. Rush, at 54-55. Witness Statement of Sgt. Rush.*

30. As Sergeant Rush coordinated the scene, Captain Barlow and Sergeant Hall continued to verbally attempt to persuade Patricia to put the gun down and come out of the car. *Deposition of Sgt. Rush, at 53-54.*

31. Lieutenant Alister McGregor (now deceased), who was in charge of the special response team, arrived at the scene shortly thereafter. It was determined that "a hasty rescue" plan should be in place. A "hasty rescue" plan refers to an alternate plan which is in place and could be implemented if there were ever developing circumstances which do not allow for a more timely and slowly executed plan. This plan was to be executed only after it

was determined that Ms. Ferreira was moments away from committing suicide and nothing else could be done. *Deposition of Sgt. Rush, at 63-64.*

32. The plan called for two, two-man teams to approach the car from both sides. One team would consist of Feeney and Sgt. Rush with Sgt. Rush deploying a flashbang diversionary device on the driver's side of Patricia Ferreira's car. Feeney and Sgt. Rush would then make a speedy approach to the driver's door of Patricia Ferreira's door using a ballistic shield. The second team would consist of Lieutenant McGregor and Officer Michael David, who was to approach her on the passenger's side of the vehicle, using a ballistic shield and a flashbang diversionary device. When they reached the passenger's side, McGregor would throw the diversionary device through the glass window of the front window of the passenger door. Simultaneously Officer Feeney, utilizing a halogen tool, would break the operator's door window and grab the firearm away from Ms. Ferreira. *Deposition of Sgt. Rush, at 55-56.*

33. While this plan was being devised, Sergeant Hall and Captain Barlow continued to try to converse with Ms. Ferreira. Ms. Ferreira, however, told the officers that "the world is all screwed up." She told them that she feared that John Sousa would be arrested and have to go to jail. She told him that she was upset with her family for their refusal to accept her relationship with Mr. Sousa. She expressed concern over the humiliation she would face for being in this situation. *Deposition of Capt. Barlow, at 91-93.*

34. Captain Barlow and Sergeant Hall tried to reassure her that she would be protected. They discussed her family and the love that her family had for her. They told her that John Sousa would not go to jail and that there was hope for the future. Ms. Ferreira indicated

at some point that she would rather die than be placed in a "mental institution." *Deposition of Capt. Barlow, at 87-93. Witness Statement of Capt. Barlow.*

35. All during this time, Ms. Ferreira on different occasions would place the gun in her mouth. She would also point it at her chest. When she placed the weapon in her mouth, Captain Barlow would request that she look at him. He would urge her not to do anything. *Deposition of Capt. Barlow, at 88-89. Witness Statement of Capt. Barlow.*

36. After approximately one hour, Ms. Ferreira reached into the backseat area and retrieved a cloth or towel. She placed the cloth on the upholstery on the back cushion of her seat and headrest. She opened her window and threw an American flag onto the hood of the car, indicating that she did not want to get blood on it. She told Captain Barlow and Sergeant Hall to return to their vehicles. *Deposition of Capt. Barlow, at 100-101. Witness Statement of Capt. Barlow.*

37. At some point, she turned up the radio and refused to look at the officers. She blessed herself with the Sign of the Cross and closed her eyes. At this point, the gun was not in her mouth. *Deposition of Capt. Barlow, at 100-101. Witness Statement of Capt. Barlow.*

38. Captain Barlow felt that she was about to shoot herself and, with her eyes closed and the gun not at her face, it was the last and best opportunity for the police to try to save her life. Therefore, he signaled to Lieutenant McGregor to initiate the extraction plan. *Witness Statement of Capt. Barlow.*

39. The two, two-man teams approached the vehicle from either side. Sergeant Rush threw his flashbang device and it exploded in front of Ms. Ferreira's driver's side front wheel. Lieutenant McGregor threw his flashbang toward the right front passenger window.

However, this flashbang device did not break the window and exploded to the right of Ms. Ferreira's car. *Deposition of Sgt. Rush, at 55-56. Witness Statement of Sgt. Rush.*

40. Officer Feeney immediately ran to the driver's side window and swung at the window with a Halogan tool. His first strike did not break the window but his second strike did. *Deposition of Officer Feeney, at 93-95.*

41. Officer Feeney reached in, thinking at first to open the door, but immediately determined that it was best to get Ms. Ferreira's head away from the gun because she was then placing it to her mouth. *Deposition of Officer Feeney, at 96-97.*

42. Unfortunately, as Officer Feeney got his hands to the back of her head, Ms. Ferreira pulled the trigger and Officer Feeney was thrown to the ground. He immediately got up and reached into the car and took the handgun which was still in her hand and on her lap. *Deposition of Officer Feeney, at 96-97. Witness Statement of Officer Feeney.*

43. Ms. Ferreira was subsequently pronounced dead at the scene by the Rescue Unit from the self-inflicted head wound.

Defendants,
By their attorney,

*/s/ Marc DeSisto*

Marc DeSisto, Esq. (#2757)
DESISTO LAW
211 Angell Street
P.O. Box 2563
Providence, RI 02906-2563
Phone: (401) 272-4442
Fax: (401) 272-9937
Email: marc@desistolaw.com

CERTIFICATION OF SERVICE

I hereby certify that the within document has been electronically filed with the Court on this 22nd day of March, 2007, and is available for viewing and downloading from the ECF system.

*/s/ Marc DeSisto*

Marc DeSisto