**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**ANTHONY J. FERREIRA, in both his capacity as Administrator of the Estate of Patricia J. Ferreira and as guardian of the estate and person of Ryan C. Ferreira,**
**Plaintiff,**

**v.** **C.A. No. 05-73S**

**CITY OF EAST PROVIDENCE, by and through its Treasurer, KEVIN J. FITZGERALD, et al.,**
**Defendants**

**ANTHONY J. FERREIRA,**
**Plaintiff,**

**v.**

**CITY OF EAST PROVIDENCE, by and through its Treasurer, KEVIN J. FITZGERALD, et al.,**
**Defendants**

**STIPULATION**

The undersigned parties hereby stipulate and agree that the Plaintiff shall have until April 24, 2007 to respond to Defendants' Motion for Summary Judgment.

Attorneys for Plaintiff,
Sinapi, Formisano & Co., Ltd.

/s/ V. Edward Formisano
V. Edward Formisano (5512)
100 Midway Place, Suite 1
Cranston, RI 02920-5707
(401)944-9690
(401)943-9040(facsimile)

Attorneys for Defendants,
DeSisto Law

/s/ Marc DeSisto
Marc DeSisto(2757)
211 Angell Street
P.O. Box 2563
Providence, RI 02906-2563
(401)272-4442
(401)272-9937 (facsimile)

Dated: April 3, 2007