UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| ANTHONY J. FERREIRA, as Administrator of the Estate of Patricia J. Ferreira, and as Guardian of the Estate and Person of Ryan C. Ferreira,<br>*Plaintiff,*<br>vs.<br>CITY OF EAST PROVIDENCE, et al.,<br>*Defendants.* | C.A. No. 05-73 S |
| ANTHONY J. FERREIRA, individually,<br>*Plaintiff,*<br>vs.<br>CITY OF EAST PROVIDENCE, et al.,<br>*Defendants.* | C.A. No. 05-75 S<br>(member case) |

**ASSENTED-TO MOTION FOR EXTENSION OF TIME TO FILE REPLY TO PLAINTIFF'S OBJECTION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

Now come Defendants—City of East Providence, by and through its Treasurer, Kevin J. Fitzgerald, Walter H. Barlow, Stephen J. Hall, Thomas J. Rush, Michael A. David, Kevin M. Feeney, Stephen E. Tiernan, and Gary Dias, ("Defendants")—and hereby moves for an extension of time of two (2) weeks to file a Reply to Plaintiff's Objection to Defendants' Motion for Summary Judgment. In support thereof, defendants state that plaintiff's memorandum contains legal issues not otherwise addressed in Defendants' initial memorandum and counsel has been

unable to complete their Reply Memorandum addressing these issues and responding to the case law plaintiff relies on in defense of the pending motion.

Defendants further state that Plaintiff's attorney has consented to the within Motion.

WHEREFORE, defendants respectfully request that this Court extend the time to file a Reply Memorandum up to and including June 20, 2007.

Defendants,
By their attorney,

*/s/ Marc DeSisto*
Marc DeSisto, Esq. (#2757)
DESISTO LAW
211 Angell Street
P.O. Box 2563
Providence, RI 02906-2563
Phone: (401) 272-4442
Fax: (401) 272-9937
Email: marc@desistolaw.com

CERTIFICATION OF SERVICE

I hereby certify that the within document has been electronically filed with the Court on June 6, 2007, and is available for viewing and downloading from the ECF system and that the counsel of record listed below will receive notice via the ECF system:

V. Edward Formisano (#5512)
100 Midway Place, Suite 1
Cranston, RI 02920

*/s/ Marc DeSisto*
Marc DeSisto