UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

**JUDGMENT IN A CIVIL CASE**

Anthony J. Ferreira, as Administrator
of the Estate of Patricia J. Ferreira,
and as Guardian of the Estate
and Person of Ryan C. Ferreira
Plaintiff,

V.

Case Number: C.A. 05-73S

City of East Providence, et al.
Defendant

---

ANTHONY J. FERREIRA,
individually,
Plaintiff

Case Number: C.A 05-75S

V.

CITY OF EAST PROVIDENCE, et al.,
Defendant

X **Decision by Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.**

**IT IS ORDERED AND ADJUDGED**

**Judgment shall enter for the Defendant, City of Providence, et al., against the Plaintiff, Anthony J. Ferreira, as Administrator of the Estate of Patricia J. Ferreira, and as Guardian of the Estate and Person of Ryan C. Ferreira pursuant to the Opinion and Order dated July 22, 2008 granting Defendant's Motion for Summary Judgment.**

**July 23, 2008**
**Date**

**Deputy Clerk**