UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

**AMENDED JUDGMENT IN A CIVIL CASE**

Anthony J. Ferreira, as Administrator
of the Estate of Patricia J. Ferreira,
and as Guardian of the Estate and
Person of Ryan C. Ferreira
Plaintiff

V. Case Number: C.A. 05-73S

City of East Providence, et al.
Defendant

---

ANTHONY J. FERREIRA,
individually,
Plaintiff

Case Number: C.A. 05-75S

V.

CITY OF EAST PROVIDENCE, et al.
Defendant

**X Decision by Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.**

**IT IS ORDERED AND ADJUDGED**

**Judgment shall enter for the Defendants', City of East Providence, Kevin J. Fitzgerald, in his official capacity as Treasurer of the City of East Providence, Kevin M. Feeney, Stephen J. Hall, Stephen E. Tiernan, Michael A. David, Walter H. Barlow, Jr., Thomas J. Rush, and Gary Dias, against the Plaintiff, Anthony J. Ferreira, as Administrator of the Estate of Patricia J. Ferreira, and as Guardian of the Estate and Person of Ryan C. Ferreira pursuant to the Opinion and Order dated July 22, 2008 granting Defendants' Motion for Summary Judgment.**

**BY ORDER:**

**July 24, 2008**
**Date**

Wendy Smith
**Deputy Clerk**