**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **ANTHONY J. FERREIRA, in both his capacity as Administrator of the Estate of Patricia J. Ferreira and as guardian of the estate and person of Ryan C. Ferreira, Plaintiff** | : | |
| **v.** | : | **C.A. No. 05-73S (consolidated)** |
| **CITY OF EAST PROVIDENCE, by and through its Treasurer, KEVIN J. FITZGERALD, et al., Defendants** | : | |
| **ANTHONY J. FERREIRA, Plaintiff** | : | |
| **v.** | : | |
| **CITY OF EAST PROVIDENCE, by and through its Treasurer, KEVIN J. FITZGERALD, et al., Defendants** | : | |

**NOTICE OF APPEAL**

Now comes the Plaintiff in the above-cited matter and does hereby give notice of an appeal to the United States Court of Appeals for the First Circuit from a final judgment entered in this consolidated action on the 24th day of July, 2008.

PLAINTIFF,
By his Attorneys,
SINAPI FORMISANO & COMPANY, LTD.

/s/ V. Edward Formisano
/s/ Michael D. Pushee

V. Edward Formisano (5512)
Michael D. Pushee (6948)
100 Midway Place, Suite 1
Cranston, Rhode Island 02920-5707
(401) 944-9690
(401) 943-9040 (facsimile)

# CERTIFICATION

TO: Marc DeSisto, Esq.
211 Angell Street
P.O. Box 2563
Providence, RI 02906

I hereby certify that on the 13th day of August, 2008, I caused the within to be electronically filed with the Clerk of the U.S. District Court for the District of Rhode Island using the CM/ECF System. I also certify that the above counsel of record has received the within.

/s/ V. Edward Formisano