UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

DAVID A. DIMARZIO
CLERK OF COURT

U.S. COURT OF APPEALS
RECEIVED
AUG 20 2008
FOR THE FIRST CIRCUIT

August 13, 2008

08-2054

Richard Donovan
Clerk of Court
United States Court of Appeals
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 2500
Boston, MA 02210

RE: **Anthony J. Ferreira v. City of East Providence, et al**
**CA05-73S**

Dear Mr. Donovan:

Enclosed herewith you will find the Notice of Appeal together with a certified copy of the docket sheet in the above entitled case.

Kindly acknowledge receipt for the same on the enclosed copy of this letter.

Sincerely yours,

David A. DiMarzio
Clerk of Court

/s/ *Rana L. Smith*
DEPUTY CLERK

ENC: Notice of Appeal, Certified Docket, Copy of Court file (Doc. #'s: 1-83)